Starting date: 5-10-04, I have seen several medical staff which includes nurses, doctors and specialest. Approximately 5-14-04, I believe I saw Dr. Ali, on another date, app: 5-20-04 I saw Head nurse Diane, in retrospect the discovery will show all the correct dates, all the nurses and Doctors I will list to the best of my knowledge, 1. Head nurse Emma, Head nurse Diane, Dr. Roach, Dr. fisher, Dr. Ali, Dr. Aramburo, Dr. Hershey, which is a specialest at Christiana Hospital that this institution scheduled me to see in Early December of 2004. Discovery will also show I have seen these Doctors more than once.

I am a cronic care patient and need cronic care of which all personal in medical are well aware of of which have not been met depsite all the recommendations, (Dr. Hershey-Specialest) said I needed, 'Pain Management, Foot & Leg Brace, Orthopedic shoes, that was in December of 2004, still nothing has been done. There are approximately 40 different dates and time that I've seen either Doctors, or Head Nurses and the records will show that throughout my incarceration I have consistantly seeked medical help and even with the approval and Recommendation from this Institutions Specialest, Dr. Hershey, that this institution, (Warden), (Commissioner) and all Medical staff have consistantly failed to meet my medical needs.

Thru discovery I will prove that I have corresponded with Raphael Williams (Warden) with response, Stan Taylor (Commissioner) "No" reply, and all mentioned Medical Personnel