that promises were made to get the help I need now and will continue to need throughout the rest of my life.

I contend that I will prove my medical problems have never been met and even after a year or more has past I still have not received treatment, pain management, Orthopedic foot ware nor has any of my medical needs been met!

Finally as of January 23rd, 2005 I filed my first Medical Grievance, on 4-5-2005 I had my hearing with April Lyons-staff, Betty Bradly-staff, Diane Harris-staff, susan sample-staff, of which all voted to uphold my Medical Grievance in my favor, also from the Center For Justice, Case Manager Nikita Robins. My second Grievance dated 2-25-005 and Hearing Date of 4-26-005 which was also upheld in my behalf, April Lyons, Rhonda Carter-staff.

Thru my incarceration from 5-18-004 to 8-15-2005-present, I am yet to receive any medical help what so ever. I've been passed along from one Doctor to another to even specialest recommendations were and still being ignored.

In respect to all claims made please let the court request and order all medical records and documents to be brought forth for review by the Supreme Court.