I Ricky J Hamby pray to the court that
I be granted the sum of $50.000 dollars for
un-necessary pain and suffering for the
past 15 months and continues.

I Ricky J Hamly pray to the court that
I also be granted an additional $50.000 dollars
for the mental anguish I have suffered and
continue to suffer.

It is also prayed by Ricky J Hamly
that all mentioned parties be held responsible
and accountable in neglecting the medical
needs and un necessary pain and suffering
and therapudic needs forth with;

That medical need's are met imm-
ediately or that Ricky J Hamly be released
within 30 day's of the court's decission if
the orders by the court are not met immediate-
ly!

Ricky J Hamly prays that the Court
grant all that is ask and judgement will
be immediately submitted by standards
and or ordered by the court.

Ricky J Hamby also pray's by being granted
all that is ask that future neglect will not be a
factor to anyone else by this medical facitity.

2. _____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____15 th_____ day of ____August____ , 2 _005_ .

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Clerk
U.S. District Court
Lock Box 18
844 N. King Street
Wilmington, De. 19801

Mr. Ricky J Hamby
#191,377 P.O. Box 9561
Wilmington De. 19809



PRIORITY MAIL
UNITED STATES POSTAL SERVICE™
www.usps.gov
LABEL107R OCT 1997

Legal Mail Only