To: Clerk of Court
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington De. 19801

05-626 (JJF)

8-30-05

Re: Enclosed: Statement of Facts
Resident History Report

Fr: Mr. Ricky J Hamley
#191377 P.O. Box 9561 D-0-B 6-2-60
Wilmington De. 19809

FILED
SEP - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of Court;

Please enclose this statement to my suit I sent to you last week. I ment to enclose this with it but reviewing my paperwork I discovered I still had the Origional and my copy (orig: to U.S. Dis. Ct.)

Also I am still awaiting on a copy of my inmate account statement from the business office here at H.R.Y.C.I. which I hope to include with this statement, "if not" I will forward that as soon as I receive it.

Please accept my appology in this delay.

Sincerly Yours

Ricky J Hamley

cc: ok
file