Statement Of Facts

FILED
SEP - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-626(JJF)

I am a sentenced inmate here at H.R.Y.C.I. I came in on May 10th, 2004. The same day N.C.C. police took me too Christiana hospital where I was giving pain medication, Perkosets 10' and placed back on crutches. Upon arriving at this prison I was changed out from street cloths, and my orthapedic shoes, foot brace were taken until I got situated in the prison infirmary and was told by the medical staff I would receive my medication, brace and shoes later. After complaining constantly over a period of day's, two weeks, I finally saw one nurse/an or doctor, I only got tylenol and my foot brace and shoes dissappeared! I went through unbelievable pain trying anything they would give me, finally again I saw a doctor who in June 2004 ordered for me to see a foot doctor and 25 mg elivil to increase to 50, then to 75 and finally 100 mg. Constantly in pain, not being able to sleep but an hour at a time and growing more frustrated and depressed by the day I still continue to seek help for me Siptic Pinched Nerves from July 19th of 1999 and are forever perminately. I saw a couple mor doctors and a head nurse (See Records)

and was told they consulted with the foot doctor to whom I never met and call me down to ask what my shoe size was. (Note: placed in infirmary for 56 day) I gave my shoe size in June of 2004, Size 9 and still never received shoes!

Over the course of time and constantly in pain and suffering I complained to no end and throughout the months of this and contempulating dying dieing to stop this pain, (Syatic Pinched Nerves - Staff Infection - Disc removal - hip and pelvis replacement, permeninant drop foot, involintarry muscel spasms) I finally got to see yet another (See Medical Records) who ordered me to see the Specialest - Bone & Joint) Dr. Hersley at Christiana Medical Unit at his private practice, he ordered the shoes, foot brace and pain management, that was early December of 2004. I filed medical Grievances which were upheld 4 to 0 in my behalf in January of 2005 (see records - copy enclosed) and a non narcotec drug - Ultram - was supposed to be given to me to find out if it was appropriate and would help my pain and suffering, I never received it. They

continued to give me Elivil and I told the doctors I really didn't think I needed this particular medicine because it only helped me to sleep an hour at a time and keep me out of tune with activities and surroundings but nurses and doctors presisted it was. I finally spoke to two phycliatrist who Stated it was sometime used as a pain medicine but with the damage I have it "was not" appropriate'!

My pain and suffering continued but my depression lifted somewhat because I again believed that I was going to receive help immediately, more weeks passed, and still I only recieved promises but no care. Again I saw a doctor who renewed my elivil and as I questioned about weather it is app: for my problems he only stated, 'its all I am giving' do you want it or not'? I said yes because I was and still am, devistated to go without anything at all. My pain consist of nerve damage on my entire right side that constantly burns but increases dramatically at time into throbing stinging tear spilling pain and make me grab different parts automatically

to try and ease the exc. pulsating pain that shoots from my head to sholder, arm and fingers, back and hip to ankle and foot & toes with often times lasting 10 to 30 minute's stretches, my muscel spasm always do as they please, I have no contr. over it and as I try to sleep "if" I sleep it involintary jerks and bangs agienst the medal bed, wall and causes more pain and again many time I was guaranteed to receive muscel relaxers and never received! I just want to lay down most of the time, go to sleep and never wake up period.

    This is a summary of my recolection that can and will be proved with ordered medical records and investigation. Please accept my appology for I am finding the strength from my son to find relief and to go on, I'm sure I will finally hold those responsible accountable very soon.

    Sincerely Yours
    Ricky J Hamley

cc: at
file



Ricky J Hambly
#191377 P.O. Box 9561
Wilm: De. 19809

Clerk Of Court
U.S. District Court
Lockbox 18
844 N. King St
Wilmington De. 19801

Legal Mail Only