```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
08/22/05 15:13
ST 007 / OPR KJG

SBI                     :  191377
Resident Name           :  HAMBY, RICKY
Time Frame              :  01/13/2004 18:16 - 08/22/2005 15:10

------------------------------------------------------------------------------------
Date         Time    Type              ST   OPR     Receipt #      Amount    Balance
------------------------------------------------------------------------------------

01/13/2004   18:16   Intake            1    cobra   A1133             0.01       0.01
01/26/2004   22:37   Add               5    BVS     E214            101.22     101.23
02/04/2004   11:23   Withdrawal        6    SZG     F411            100.00       1.23
02/05/2004   08:03   Order             2    DDT     B2895             1.18       0.05
02/06/2004   10:45   Credit            2    DDT     B2965             1.18       1.23
05/14/2004   13:21   Rec Payment       7    SZG     G1822             1.20       0.03
02/14/2005   14:22   Add               4    SED     D20642          200.00     200.03
02/21/2005   06:56   Order             2    DDT     B52401           19.49     180.54
03/02/2005   10:08   Order             2    DDT     B54011           14.68     165.86
03/03/2005   06:38   Order             3    WLH     C6135            99.00      66.86
03/09/2005   08:45   Order             2    DDT     B54877           12.19      54.67
03/16/2005   08:27   Order             2    DDT     B55848           15.04      39.63
03/18/2005   10:54   Credit            3    WLH     C6410             3.90      43.53
03/23/2005   08:56   Order             2    DDT     B56799            7.33      36.20
03/30/2005   12:14   Order             2    DDT     B57750           14.75      21.45
04/06/2005   08:54   Order             2    WLH     B58609            7.40      14.05
04/13/2005   07:59   Order             2    WLH     B59472           13.96       0.09
04/28/2005   12:37   Add               4    J       D24641          300.00     300.09
05/04/2005   05:52   Order             2    DDT     B62092           56.04     244.05
05/05/2005   08:56   Credit            3    WLH     C7049             2.72     246.77
05/11/2005   09:30   Order             2    DDT     B63116           29.73     217.04
05/18/2005   06:31   Order             2    DDT     B63942           26.03     191.01
07/13/2005   09:36   Order             2    DDT     B71331           13.37     177.64
07/13/2005   11:39   Add               4    CK      D28745           20.00     197.64
07/18/2005   10:49   Add               7    KTS     G6044             6.16     203.80
07/20/2005   09:02   Order             2    DDT     B72300            5.72     198.08
07/20/2005   11:36   Add               4    SED     D29126           10.00     208.08
07/27/2005   08:30   Order             2    DDT     B73281           48.39     159.69
08/03/2005   09:59   Order             2    DDT     B74193            5.31     154.38
08/10/2005   10:22   Order             2    DDT     B75159            2.50     151.88
08/15/2005   10:10   Rec Payment       9    LIH     I4090             4.00     147.88
08/15/2005   10:34   Rec Payment       9    LIH     I4092             8.00     139.88
08/17/2005   10:53   Order             2    DDT     B76079           13.96     125.92
```