```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
09/21/05 13:20
ST 007 / OPR KJG

SBI            : 191377
Resident Name  : HAMBY, RICKY
Time Frame     : 01/13/2004 18:16 - 09/21/2005 13:20

------------------------------------------------------------------------------------
Date         Time    Type             ST   OPR     Receipt #       Amount      Balance
------------------------------------------------------------------------------------

01/13/2004   18:16   Intake            1   cobra   A1133             0.01         0.01
01/26/2004   22:37   Add               5   BVS     E214            101.22       101.23
02/04/2004   11:23   Withdrawal        6   SZG     F411            100.00         1.23
02/05/2004   08:03   Order             2   DDT     B2895             1.18         0.05
02/06/2004   10:45   Credit            2   DDT     B2965             1.18         1.23
05/14/2004   13:21   Rec Payment       7   SZG     G1822             1.20         0.03
02/14/2005   14:22   Add               4   SED     D20642          200.00       200.03
02/21/2005   06:56   Order             2   DDT     B52401           19.49       180.54
03/02/2005   10:08   Order             2   DDT     B54011           14.68       165.86
03/03/2005   06:38   Order             3   WLH     C6135            99.00        66.86
03/09/2005   08:45   Order             2   DDT     B54877           12.19        54.67
03/16/2005   08:27   Order             2   DDT     B55848           15.04        39.63
03/18/2005   10:54   Credit            3   WLH     C6410             3.90        43.53
03/23/2005   08:56   Order             2   DDT     B56799            7.33        36.20
03/30/2005   12:14   Order             2   DDT     B57750           14.75        21.45
04/06/2005   08:54   Order             2   WLH     B58609            7.40        14.05
04/13/2005   07:59   Order             2   WLH     B59472           13.96         0.09
04/28/2005   12:37   Add               4   J       D24641          300.00       300.09
05/04/2005   05:52   Order             2   DDT     B62092           56.04       244.05
05/05/2005   08:56   Credit            3   WLH     C7049             2.72       246.77
05/11/2005   09:30   Order             2   DDT     B63116           29.73       217.04
05/18/2005   06:31   Order             2   DDT     B63942           26.03       191.01
07/13/2005   09:36   Order             2   DDT     B71331           13.37       177.64
07/13/2005   11:39   Add               4   CK      D28745           20.00       197.64
07/18/2005   10:49   Add               7   KTS     G6044             6.16       203.80
07/20/2005   09:02   Order             2   DDT     B72300            5.72       198.08
07/20/2005   11:36   Add               4   SED     D29126           10.00       208.08
07/27/2005   08:30   Order             2   DDT     B73281           48.39       159.69
08/03/2005   09:59   Order             2   DDT     B74193            5.31       154.38
08/10/2005   10:22   Order             2   DDT     B75159            2.50       151.88
08/15/2005   10:10   Rec Payment       9   LIH     I4090             4.00       147.88
08/15/2005   10:34   Rec Payment       9   LIH     I4092             8.00       139.88
08/17/2005   10:53   Order             2   DDT     B76079           13.96       125.92
08/24/2005   07:53   Order             2   DDT     B77067           18.97       106.95
08/31/2005   08:47   Order             2   WLH     B77994            5.60       101.35
09/06/2005   12:53   Add               4   SEA     D31788           35.00       136.35
09/08/2005   06:29   Order             2   DDT     B78844           19.29       117.06
09/09/2005   11:16   Credit            3   WLH     C8603            19.29       136.35
09/13/2005   13:24   Order             2   DDT     B79766           37.06        99.29
09/15/2005   09:39   Order             3   WLH     C8648             2.88        96.41
09/21/2005   05:46   Order             2   DDT     B80712           20.51        75.90
```