IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICKY J. HAMBY,           :
                          :
    Plaintiff,            :
                          :
    v.                    : Civil Action No. 05-626-JJF
                          :
DOCTOR KASTRE, et al.,    :
                          :
    Defendants.           :

### O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 4, 2005, this Court entered an order granting leave to proceed <u>in forma pauperis</u> and ordering Plaintiff to submit within thirty (30) days from the date the order was sent, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 6);

WHEREAS, to date, the required document(s) have not been received from Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is not required to pay the $250.00 filing fee.

11/10/05
_____
DATE

_____
UNITED STATES DISTRICT JUDGE