Civil Action No: 05-626-JJF

To: Office Of the Clerk
United States District Court

Fr: Mr. Ricky J Hamby
#191377 A.R.7.C.I 2-R-18

11-16-05
RECEIVED NOV 18 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Re: Orders Received on 11-16-05 at 7:56 A.M.

Clerk,

On October 4th, 05, the court entered an order granting leave to proceed, it further ordered that I, Ricky J Hamby, Plaintiff sign an authorization form for the business office to send $29.14 and a certified copy of my account to the court.

On October 7, 05 I complied and sent this authorization form to the business office signed by me and to be forwarded to the United States District Court.

According to my commissary order receipts dated 10-18-05, exactly $29.14 was deducted from my account.

Based on this information I request from the court granting me Relief of

Judgement and that the court contact the Business Office at H.R.Y.C.I. to Inquire as to why they in fact received this authorization form signed by me and deducted the $29.14 from my account but failed to forward it to the United States District Court as ordered?

Please let the record show that Ricky J Hamby #191377 did in fact comply with all court orders and that the fault lies within the institutions business office personal!

Respectfully Submitted
Ricky J Hamby

P.S. Copys of this letter and copys of court order is being sent to 1. Business Office 2. Raphael Williams-Warden, 3. Stan Taylor Commissioner of Delaware, on November 16, 05 at 12:11 p.m.

ori C.O.C.
cc: r.h. b.o.
r.w. s.t.
file

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-626-JJF |
| DOCTOR KASTRE, et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 4, 2005, this Court entered an order granting leave to proceed *in forma pauperis* and ordering Plaintiff to submit within thirty (30) days from the date the order was sent, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 6);

WHEREAS, to date, the required document(s) have not been received from Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is not required to pay the $250.00 filing fee.

11/10/05
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE

*Sent to business office Oct. 7-05.*


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-626 JJF |
| DOCTOR KASTRE, DOCTOR ALI, DOCTOR ARAMBURO, DOCTOR KIONKE, RAPHAEL WILLIAMS, STAN TAYLOR, DOCTOR FISHER AND DIANE HERNANDEZ, | ) ) ) ) ) ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Ricky J. Hamby, SBI #191377, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $29.14, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) as required by the Court's order dated _Oct. 4. 05_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _October 7, 05_, 2005.

_Ricky Hamby_
Ricky J. Hamby



Office Of The Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801-3570



WILMINGTON DE 198
PM 17 NOV 2005

Mr. Ricky J Hornby
#191377 H.R.Y.C.I.
P.O. Box 9561
Wilmington De. 19809