RECEIVED
DEC 1 – 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: Peter T. Dalleo
Clerk
U.S. District Court

11-29-05

Fr: Mr. Ricky J Hamby
#191377 P.O. Box 9561
Wilm: De. 19809

Re: Authorization Form:

Sir;
    At 6:05 A.M. I received your correspondance regarding my letter to you requesting relief from Judgement.
    At 9:25 A.M. I had the pod officer to contact Rodderick Johnson, Institutional Legal Advisor, He is the person that advised me to send the Authorization Form to the Business Office so I contacted him and let him read your response to my letter. He proceded by calling the business office which send a copy of the form and at that point Mr. Johnson advised me to sign it again because it needs an ouiginal signature and send immediately to you. Enclosed is that form.
    I appricate your help in responding

<mark>

to my letter. At the bottom you stated 'In order for the court to vacate it's dismissal order dated 11-10-05, you must submit a signed autorozation form to the court.' That form is enclosed.

I am sorry for any inconvenience in this matter, but I being unclear in the begining on how to porceed followed the legal advisor Mr. Johnson.

In the future if I am unclear on furthure matters I will contact you via mail and ask for specific instructions if need be.

Thank You for your help.

Sincerly,

Ricky J Hamby

c: r.h. r.j.
file