IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED DEC 1 - 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-626 JJF |
| DOCTOR KASTRE, DOCTOR ALI, DOCTOR ARAMBURO, DOCTOR KIONKE, RAPHAEL WILLIAMS, STAN TAYLOR, DOCTOR FISHER AND DIANE HERNANDEZ, | ) |
| Defendants. | ) |

## AUTHORIZATION

I, Ricky J. Hamby, SBI #191377, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $29.14, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) as required by the Court's order dated _Oct. 4, 05_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _October 7, 05_, 2005

_Ricky Hamby 11-29-05_

_Ricky Hamby_
Ricky J. Hamby

Rusty J Handy
#191377 P.O. Box 9561
Wilm. De. 19809

U.S.M.
X-RAY

Mr. Peter T. Ogliss
Clerk Of Court
Lock Box 18
844 King Street
Wilmington Delaware 19801

19801+3513

WILMINGTON DE 198
PM
30 NOV
2005

