To: Peter T. Dalleo
Clerk of United District Court

Fr: Mr. Ricky J. Hamby        1-4-06
#191377 P.O. Box 9561
Wilm: De. 19809

Re: Update

Mr. Dalleo,

On 11-29-05, I wrote to you and forwarded the form that I got from the business office as required. I would just like an update on the next step in this case. I would deeply appricate any information.

Thank You,
Ricky J Hamby

cc: rd.
file

RECEIVED
JAN - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

