IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-626-JJF |
| | ) |
| DR. KASTRE, et al., | ) |
| | ) |
| Defendants. | ) |

### O R D E R

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 4, 2005, the Court entered an order requiring plaintiff to complete and return an authorization form, within 30 days, or the case would be dismissed (D.I. 6);

WHEREAS, on November 10, 2005, the Court entered an order dismissing the complaint for failure to submit the required document (D.I. 7);

WHEREAS, on December 1, 2005, plaintiff submitted to the Court the required authorization form;

THEREFORE, at Wilmington this 27 day of February, 2006, IT IS HEREBY ORDERED that:

1. The dismissal order of November 10, 2005, (D.I. 7) is **VACATED**.

2. The $250 filing fee is **REINSTATED**.

3.  The clerk of the court shall **REOPEN** this action.

                                                                       _____
                                                                       United States District Judge