TO: Joseph Farnan Jr.
United States District Court

March 14, 06

F: Mr. Ricky James Horsley
#191377 Howard R. Young Corr. Inst.
P.O. Box 9561 Wilm. De. 19809

[FILED MAR 17 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]
Scanned

Civ. No. 05-626-JJF

JJF,
 In respects and gratitude I now ask that the Honorable Judge Joseph Farnan, Jr. appoint and assign an Attorney to me on this case to insure I meet all standards and Rules of the District Court and to prevent me (Ricky J Horsley) from making any further mistakes on this civil Action, that I may receive just guarantees to me by the constitution. Also I pray that it also is ordered for a Medical Expert witness under

Rule 706, Fed. R. Ev. be appointed to me in order to prove beyond a doubt that my condition does exist and to also prove the necessary medical care that without (6) six months of unnecessary and wanton infliction of pain which the Eighth Amendment prohibits! It is known by all on the staff I, Ricky J. Kersey am unable to pay the members or cost for all actions it is necessary for them to put into effect and separately send in pages with each Motion for a Medical Expert Witness for my case. I thank them for operations and consideration.

Respectfully submitted,
Ricky J. Kersey

ccred
file





Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

Richard Hamlry
#191377 P.O. Box 9561
Wilm., De. 19809