Statement Of Facts — Attorney General
05-cv-626 (JJF)

I was incarcerated on May 13rd, 2004, at Henry R. Young Correctional Institution. (Also Know As Gander Hill)

'NOTE' (before my incarceration 'but on the same day' I was taken to Christiana Hospital by Ambulance, was treated for pain and placed on Crutches.)

I brought all of my medications to the prison consisting of Oxycotin 20mg, (2) twice a day, Perkisets 350mg (5°) twice or as needed for alternate pain, Soma 350 mg for Involuntary Muscel Spasms, Zanax 10mg for nerves and anxiety, and Ambien 10 mg to help me sleep. I also had my Prosthetics - Orthotics Boots and Leg brace.

Upon entry at H.R.Y.C.I I was examined by a member of the Medical Staff (See Medical Records) and I informed her of "all" my medical problems, which she appeared to be writing down, she got a release form and ask me where I was opperated on and any Doctors. I stated to her, I have been 35% Partially-Totally Disabled since July 1999, and informed her of the hospitals, Winston Salam North Carolina, Orthopedic Specialist of Boone North Carolina, Christian Hospital of Delaware, St. Francis of Delaware, Baltimore Trauma Center, Orthopedic Specialist of Seaford Delaware, in order for Medical to "obtain my records.

I was admitted to the Infirmary (Prison Hospital) and housed there for the first (56) fifty six days. I was told that after I got settled I would receive my medicines and my Leg Brace + Boots. I was

told day by day to just be patient because were were overstaffed, and my medications had to be logged and then I would receive them, "I never did."

After being left on crutches, and in severe pain of which constantly complained about, I finally saw a Nurse/Doctor, who didn't bother to examine me, gave me Tylenol, "I ask, what about my special boots + leg brace"? I was informed, "they can't be found."

I could'nt believe I was being treated this way and could'nt understand why they refused to treat me my pain when it was obvious, I was given tylenol again after beging for help. As time (day, weeks, See Medical Records) passed, I finally got to see another doctor/Nurse and I pleaded for something for pain, I was prescribed Elivile, 25 mg twice a day, to increase to 50, 75 and finally 100 mg, again without being examined, and was put down to see yet another doctor.

I finally saw another Doctor "and finally examined," and was plainly told it was obvious from the scars that I had been opporated on several times, I was ask finally what happened of which I again explained (See Medical Records), and informed that the bottom of my right was re-constructed, medal placed in it, also both sides of my ankel was medal, from my ankel to the outer side of my leg, half way up to my knee is medal, my hip was broken in three places, my pelvis was "crushed" and had to be re-placed, that I had permanant nerve damag-