(Syatic nerves) prominent deep foot, under hand 5 of my spine was removed, I even informed the doctor at that time as he shook his head in disbelief that my specialest on the outside told me sternly that I may want to consider Amputation of my leg and go with Prostetics, otherwise I will always be in pain and on Medication the rest of my life!

At that point I was told that I was being put in to see a specialest and a foot doctor, "It never happened."

My pain was getting more consistant and the Elivele would only put me to sleep for an hour or two. Elivele also would make me groggy, out of touch with reality and my surroundings but "did not" help my pain or suffering.

I grew more frustrated and depressed and I still proceed to seek help from the Medical Staff to no avail!

By this time I must of saw the same and some different Doctors/Nurses and signed several release forms for them. The accident that occured that cruished my foot, ankle and broke my lower leg also broke my neck, tore up my face, lips, forhead. All of the pain I was constantly in was becoming "More Asperant" to the medical staff and all the nurses/doctors I saw would promis me I would receive Immediately "the proper medical care" "except" "Dr. Fisher and head nurse Diane Hernandez "who refused" to believe any of it and plainly told me "I'm not changing anything and you can buy aspirin at commissary".

After still constantly complaining, submitting sick

call slips. I was ask about my shoe size was, that the medical staff was consulting with a foot Doctor, at this time I tried to explain that my need as far as my foot was concerned would have to have "any" foot wear "specially" made and a cast would have to be taken for a mold in order to have a correct leg brace made. I was told I would be seen again soon, they ignored me, and after I presisted this fact, I was told "its just too expensive."

I kept consistantly beging for help and with the pain I was experienceing and suffering to the point that I just wanted to die to escape the pain and suffering.

I finally saw yet another Doctor who ordered for me to be transported to Christiana Hospital where I saw specialest Dr. Hershey, who in turn wrote an order for the Medical Staff to give me pain management, that I did need to have my Orthopedic Boot's and Leg Brace, this was in early December of 2004 (see Medical records) and still I am being denied care from the Medical Department.

I followed up by filing a Medical Grivience on 1/25/05, was heard by the Medical Grivience Committee on 4/5/05, the committee upheld (4) to (0) in my favor, and I was ask if I was willing to try Ultram for pain, I agreed but nothing ever happened and after approximately (30) thirty day's I was seen again because I complained and was told it still had to be approved by the Medical Director before