I would start receiving it.

After some time I complained asking "how long before its approved," and pleded for something for my pain, I was denied again and again, nothing ever happened, "No Medical Care What so Ever".

Again after putting in sick call slips I saw another Doctor and I again told him Elivile isn't doing me any good, its a total waste of money, could someone "please" give me something for my pain, I can't stand this much longer and I was told "well it's all your going to get" "want it or not," I said yes because "I was devistated to even think about going without anything".

My condition got worse, my involuntary muscel spasms would jump, jerk sometimes hitting the medal frame of my bed causing deep cuts in my leg that left scars, of which I would show the Medical Staff, still I was denied Medical Attention but was given an Ace Bandage to wrap my leg up. I get burning and electrical pains that are constant but at times flairs up causing tremendous pain which would and still last up to 20 to 30 minutes at a time.

I am a disabled Chronic Care patient that regardless of obvious, immediate, every day Medical needs, from May 10th, 2004 to present August 11th, 2005, Medical Care has Consistantly denied, (see Medical Records-Institutional log book records-correspondence letters informing Warden Raphael Williams, Commissioner Stass Taylor et al. to no avail). Doctors and Nurses

Dr. Roach, Dr. Fisher, Dr. Ali, (Dr. Hershey - a specialist at Christiana Hospital), Head Nurse Diane Hernandez, Head Nurse Enna, Dr. Aramburo, and more Medical Staff of which I can not remember but Medical Records will show and prove my case beyond any doubt.

Respectfully Submitted
Ricky James Hamly

cc: r.h.
   file