Clerk of Court,

I finally got ahold of some paper and made a written copy for the attorney general, for some reason I never got the copy I requested from Law Library.

Thank You

05-626 JJF

RECEIVED APR 0 4 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE