

Richard Hamby
#107577, Hd. rl. 2, I
P.O. Box 9561
Wilm: De.

U.S.M.S.
X-RAY

WILMINGTON DE 197
U.S. APR 2005 PM 11

Office Of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware 19801-3570

19801-3570