IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | : |
| Plaintiff, | : |
| v. | : Civ. No. 05-626-JJF |
| DR. KASTRE, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, Plaintiff Ricky J. Hamby, a prisoner incarcerated at the Howard R. Young Correctional Center, Wilmington, Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, on March 30, 2006, Plaintiff filed a letter informing the Court of threats made against him and which the Court construes as a motion for injunctive relief to stop Defendants' retaliatory conduct;

THEREFORE, at Wilmington this <u>12</u> day of April, 2006, IT IS ORDERED that:

1. The U.S. Marshal's Service shall expedite the service of process ordered by the Court in its February 27, 2006 Order.

2. Defendants shall file a response to Plaintiff's motion (D.I. 18) on or before **April 21, 2006**.

3. Plaintiff may file a reply on or before **April 28, 2006**.

4. The Clerk of the Court shall provide a copy of the letter/motion (D.I. 18) to Defendants along with this order.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE