# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Ricky James Hamby | COURT CASE NUMBER: 65CV Civ.No.626.JJF |
| DEFENDANT: Raphael Williams-Warden | TYPE OF PROCESS: O/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Warden Raphael William 1301 E. 12th St. Wilmington De. 1980

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1301 E. 12th St. Wilmington Delaware 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ricky James Hamby
SBF#191377
P.O. Box 9561
Wilmington Delaware 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 of 7 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Forma Pauperis

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Ricky James Hamby

DATE: 3-14-06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.

Name and title of individual served (if not shown above): Sgt. P. B. Cropper

Address (complete only if different than shown above): 1301 E. 12TH St. Wilm, De 19809

Date of Service: 4/14/06
Time: 12:53 pm
Signature of U.S. Marshal or Deputy: SB Scanlan

REMARKS:

2006 APR 17 AM 8:58
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)