U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Ricky James Hamby | COURT CASE NUMBER: Civ. No. 626 JJF |
| DEFENDANT: Doctor Fisher | TYPE OF PROCESS: O/C |

SERVE  
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
→ Doctor Fisher First Correctional Medical and/or CMS  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
AT 686 N. Oracle Road Tuscon AZ. 85743

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  
Ricky James Hamby  
SBI # 191377  
P.O. Box 9561  
Wilmington Delaware. 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3-OF-7 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Forma Pauperis

*APR 18 2006 — U.S. DISTRICT COURT DISTRICT OF DELAWARE*

Signature of Attorney or other Originator requesting service on behalf of:  
Ricky James Hamby   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER:    DATE: 3-14-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 15 | District to Serve No. 8 | Signature of Authorized USMS Deputy or Clerk  SDUSM | Date 4-14-06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the (individual), company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):  
Date of Service:   Time:   am/pm  
Signature of U.S. Marshal or Deputy: John Locke

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: DR. FISHER IS IN DELAWARE AND FIRST CORRECTION MEDICAL IS NOT LISTED AS A DEFENDANT. RETURNED UNEXECUTED  
John Locke 4-17-06

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)