U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Ricky James Hamby | COURT CASE NUMBER: Civ. No. 05-626-JJF |
| DEFENDANT: Doctor Ali | TYPE OF PROCESS: O/C |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Doctor Ali  First Correctional Medical and/or CMS

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 6861 N. Oracle Road Tuscon AZ. 85704

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ricky James Hamby
SBI #191377 Howard R. Young Corr. Inst.
P.O. Box 9561
Wilmington Delaware 19809

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1 of 7
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Forma Pauperis

APR 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Signature of Attorney or other Originator requesting service on behalf of: Ricky James Hamby
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 3-14-06

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| Total Process | District of Origin No. 15 | District to Serve No. 8 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 15 | 8 | SDuson | 4-14-06 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

REMARKS: DOCTOR ALI IS IN DELAWARE AND FIRST CORRECTIONAL MEDICAL IS NOT LISTED AS A DEFENDANT   RETURNED UNEXECUTED
John Locke
4-17-06

PRIOR EDITIONS MAY BE USED       1. CLERK OF THE COURT       FORM USM-285 (Rev. 12/15/80)