## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  C.A. No. 05-626-JJF |
| DR. KASTRE, et al., | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF TIMOTHY BUFF

I, Timothy Buff, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by the State of Delaware Department of Correction ("DOC") as a Correctional Officer at the Howard R. Young Correctional Institution ("Howard Young"), Wilmington, Delaware. I have been employed by Howard Young since March 22, 2001.

2. I had no knowledge that Ricky Hamby filed the above-captioned lawsuit. I did not learn that Inmate Hamby filed the lawsuit until April 21, 2006, when I was informed by Deputy Attorney General Erika Tross. To my knowledge I have not been named as a defendant in this lawsuit.

3. On February 24, 2006, I was walking the 2Y pod performing a routine security check. While walking the pod, Inmate Hamby's cellmate called me into their cell to ask me a question regarding his mail.

A- 1

4. It is the standard operating procedure of Howard Young that I shakedown at least three cells per day. Therefore I decided to shakedown Inmate Hamby's cell after I finished the conversation with his cellmate.

5. During the course of the shakedown, I discovered in Inmate Hamby's possession several slips of paper containing the names, SBI numbers, Social Security numbers, home phone numbers and addresses of numerous other inmates. I asked Inmate Hamby why he had this information and he informed me that he had called "Alliance Bail Bonds" for some of the inmates who lived on the West Side of the facility. Given that Inmate Hamby lived on the East Side of the facility I did not believe his excuse. Instead I believed that Inmate Hamby was using the information for some improper purpose in violation of Howard Young's rules.

6. In addition to the numerous slips of paper with inmate information, I also discovered an "IOU" sheet with several inmates' names on it. The sheet appeared to be a list of inmates that owed Inmate Hamby various items from the commissary.

7. While searching the cell I also discovered in Inmate Hamby's possession a wire that was stripped on both ends. Further I found numerous items of clothing and linen that exceeded the number of items Inmate Hamby was authorized to receive. I also discovered an inmate handbook in his possession, therefore I knew that Inmate Hamby was aware of the correct number of items he was entitled to have in his cell.

8. After I completed the shakedown, I spoke with Lieutenant Allen Pedrick about the results of the shakedown and the discipline Inmate Hamby should receive. It was decided that Inmate Hamby would be placed in administrative segregation for violating several of Howard Young's rules including abuse of privileges, bartering, failing to obey an order, lying, and possession of non-dangerous contraband.

9. The Quick Response Team was then mustered and they escorted Inmate Hamby to administrative segregation.

_____
Timothy Buff

SWORN AND SUBSCRIBED before me this 21st day of April, 2006.

_____
Notary

TYSHA Y. BRYANT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 19, 2008