| Disciplinary# | HRYCI Howard R. Young Correctional Institution |
| --- | --- |
| 3013727 | 1301 E. 12th Street<br>WILMINGTON DE, 19809<br>Phone No. 302-429-7700 |

## DISCIPLINARY REPORT

**Disciplinary Type:** Class2   **Housing Unit** Pod 2Q   **IR#:** 3017368

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| --- | --- | --- | --- | --- | --- |
| 00191377 | Hamby, Ricky J J | HRYCI | Pod 2Y | 02/24/2006 | 11:00 |

**Violations:** 2.01/200.105 Abuse of Privileges, 2.02 Bartering, 2.06/200.108 Failing to Obey an Order, 2.10/200.213 Lying, 2.13/200.111 Possession of Non-Dangerous Contraband

**Witnesses:** 1. Buff, T C/O    2. N/A    3. N/A

### Description of Alleged Violation(s)

1 C/O Buff Shook Down Cell 2 I. C/O Buff Found Hidden Inside Inmate Hamby, Ricky Sbi 00191377 Personal Mail, Numerous Sbi Numbers And Names, Social Security Numbers, Home Phone Numbers And Addresses. Inmate Hamby Claims That The Sbi Numbers Are From Inmates When He Lived On The West Side Of Hryci And He Had Called "Alliance Bail Bonds" For The Inmates On The Lists. Also Found Was A Iou Sheet With Several Inmates Names On It That Appeared To Own Inmate Hamby Different Commissary Items. Inmate Hamby Denied That It Was Not A Iou Slip. Inmate Hamby Also Had A Wire That Was Stripped On Both Ends. Also Found Was 11 Tan Folders That He Stated He Bought From The Law Library. Mr. Johnson From The East Side Law Library Stated He Had A Not Seen Inmate Hamby For Quite Some Time And That When Asked He Only Gives Inmates 1 Or 2 At The Most. Inmate Hamby Was Also In Possession Of This List Extra Clothes That He Stated He Bought From Commissary...10 Extra Pairs Of Socks, 3 Tee Shirts, 5 Boxers, 1 Extra Headset. Extra Issued Items... 1 Extra Pillow Case 1 Extra Laundry Bag And 3 Extra Bed Sheets More Then The Allowed Numbers.( Inmate Hamby Has A Memo From Medical Which States He Is To Have 1 Extra Set Of Sheets.He Had A Total Of 7 Sheets) Inmate Hamby Has A Copy Of The Inmate Handbook And Is Aware Of The Authorized Items List Inside It. Lt Pedrick And Lead Worker Notified. Lt Pedrick Talked To Inmate Hamby And All Extra Items Where Turned Over To Lt. Pedrick For Safe Keeping Until Class 2 Hearing. Inmate Hamby Kept Stating To C/O Buff "This Is Bullshit, Buff You Know It'S Bullshit And You Guys Keep Making Up Rules As You Go!" Inmate Hamby Had Also Removed His Inmate Id Band And It Was Broken. He Stated "I'M In My Room And Don'T Need To Wear It. " Lt Pedrick Told Him He Must Wear It At All Times. He Also Stated That " This Is Just One More Thing For A Law Suit." Qrt Team Was Musterted And Came To 2 Y Pod And Inmate Hamby Was Escorted To 1 F 20 Disciplinary Pod. End Of Report

**Reporting Officer:** Buff, Timothy (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Buff, Timothy - Correctional Officer

Notified Lead Worker And Lt Pedrick

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** Turned Over To Lt. Pedrick

### Approval Information

**Approved:** [ ]    **Disapproved:** [ ]    **Approved By:** ()

**Comments:** N/A

### Shift Supervisor Details

**Date Received:**    **Time:**    **Received From:**

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

, ()