| Incident# | | |
|---|---|---|
| 3017368 | | |

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone#: 302-429-7700**

## INCIDENT REPORT

**Group#:** N/A  **Type:** Inmate Involved  **Incident Date:** 02/24/2006  **Time:** 11:00  **Confidential:** No

**Facility:** HRYCI Howard R.Young Correctional Institution  **Followup Required:** No

**Associated Disciplinary Report #(s)** 3013727

**Incident Location:** Pod 2Y

**Location Description:** cell 21

**Violated Conditions:** 2.01/200.105 Abuse of Privileges
2.02 Bartering
2.06/200.108 Failing to Obey an Order
2.10/200.213 Lying
2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**

On above date and approximate time I C/O Buff was completing routine security check when an inmate in cell 21 ( Inmate McKenzie, Leroy SBI 00369888 ) needed to ask me a question. I C/O Buff opened the door and began to discuss the problem he was having with the mail room and some photos that he didn't recieve. When completed I decided to search the cell for contraband. I C/O Buff found hidden inside inmate HAMBY, RICKY SBI 00191377 personal mail, Numerous SBI numbers and Names, Social Security Numbers, Home Phone numbers and Addresses. Inmate Hamby claims that the SBI numbers are from inmates when he lived on the west side of HRYCI and he had called "Alliance Bail Bonds" for the inmates on the lists. Also found was a IOU sheet with several inmates names on it that appeared to own inmate Hamby different commissary items. Inmate Hamby denied that it was not a IOU slip. Inmate Hamby also had a wire that was stripped on both ends. Also found was 11 tan folders that he stated he bought from the Law Library. Mr. Johnson from the east side law library stated he had a not seen inmate Hamby for quite some time and that when asked he only GIVES inmates 1 or 2 at the most. Inmate Hamby was also in possession of this list extra clothes that he stated he bought from commissary... 10 extra pairs of socks, 3 tee shirts, 5 boxers, 1 extra headset. extra issued items... 1 extra pillow case 1 extra laundry bag and 3 extra bed sheets more then the allowed numbers.( inmate Hamby has a memo from Medical which states he is to have 1 extra set of sheets. He had a total of 7 sheets) Inmate Hamby has a copy of the inmate handbook and is aware of the authorized items list inside it. Lt Pedrick and lead worker notified. Lt Pedrick talked to inmate Hamby and all extra items where turned over to Lt. Pedrick for safe keeping until class 2 hearing. Inmate Hamby kept stating to C/O Buff "This is bullshit, Buff you know it's bullshit and you guys keep making up rules as you go!" Inmate Hamby had also removed his inmate ID band and it was broken. He stated "I'm in my room and don't need to wear it. " Lt Pedrick told him he must wear it at all times. he also stated that " this is just one more thing for a law suit." QRT team was musterted and came to 2 Y pod and Inmate Hamby was escorted to 1 F 20 disciplinary pod. END OF REPORT
DISCIPLINARY REPORT FILED

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** see narrative  **Date Collected:** 02/24/2006
**Discovered By:** Timothy C/O, Buff  **Secured By:** Lt. Pedrick

**Type of Force Used** [ ] PHYSICAL [ ] CHEMICAL [ ] STUN [ ] OTHER [ ] CAPSTUN [X] NONE
**Restraints Used** : N/A

**Immediate Action Taken:**
notified lead worker and Lt Pedrick of above incident I/M escorted to 1F-pod by QRT team

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Allen, Pedrick | N/A | Staff Lt./Lt |
| Staff | Timothy, Buff | N/A | Correctional Officer |
| Inmate | Leroy, Mckenzie W | 00369888 | N/A |
| Inmate | Ricky, Hamby J J | 00191377 | N/A |

| Incident# | | | |
|---|---|---|---|
| 3017368 | HRYCI Howard R.Young Correctional Institution<br>1301 E. 12th Street<br>WILMINGTON DE, 19809<br>Phone#: 302-429-7700 | | Date: 04/18/2006 |

## INCIDENT REPORT

**Group#:** N/A  **Type:** Inmate Involved    **Incident Date:** 02/24/2006    **Time:** 11:00    **Confidential:** No

**Reporting Officer:** Buff, Timothy (Correctional Officer)    **Entered By:** Buff, Timothy (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 02/25/2006  **Approved by:** Jefferson, Carol  (Shift Commander - Large Inst.)

**Comments:** I/M Hamby was moved to 1F pod placed on Admin. Seg. pending the outcome of an investigation.