**HRYCI Howard R. Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

# DISCIPLINARY REPORT

Disciplinary#: 3014211                                                                                         Date: 04/18/2006

| Disciplinary Type: Class1 | Housing Unit: Pod 2Q | | IR#: 3017939 | |
|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00191377 | Hamby, Ricky J J | HRYCI | Pod 1E | 03/24/2006 | 19:45 |

**Violations:** 1. 06/200.203 Disorderly or Threatening Behavior, 2. 06/200.108 Failing to Obey an Order, 2.11/200.102 Off Limits

**Witnesses:** 1. Campbell, E     2. N/A     3. N/A

### Description of Alleged Violation(s)

On Above Date And Approximate Time I Officer Campbell Was Notified By Primary Control That Inmate Hamby, Ricky Was To Be Moved From 1f Cell #20 To 2b Cell #5. Officer E. Campbell Informed Hamby That He Was To Be Moved. Inmate Hamby Replied " I'M Not Going Anywhere, This Is Bullshit. I've Been Here To Long For This Bullshit, I'M Supposed To Go To The Eastside. Inmate Hamby Was Informed That All Inmate Upon Their Departure From 1f Either Go Somewhere On The First Floor Or The Second Floor And He Had No Say In The Matter. I Informed The Lead Worker (Sgt. M. Edwards) Of The Situation. Sgt. Edwards Attempted To Speak To Inmate Hamby Which Proved Unsuccessful. Per Lt. Senato, Who Was Briefed By Me Officer Campbell, Inmate Hamby Was To Be Placed On Pre Hearing Status On 1e For Disorderly Or Threatening Behavior.

Inmate Hamby Was Told To Pack His Belongings So He Could Be Moved, He Stated "Bullshit ". Sgt Edwards Was Again Notified That Inmate Hamby Would Not Cooperate With The Orders Given To Him By Myself. After Being Given 2 Direct Orders By Sgt. Edwards Inmate Hamby Complied. I Officer Campbell Was Able To Put Inmate Hamby In 1 E-12 Without Incident.

**Reporting Officer:** Campbell, Ewonnu (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Campbell, Ewonnu -Correctional Officer

Notified Leadworker And Lt

### Offender Disposition Details

**Disposition:** Other                    **Date:** 03/24/2006    **Time:** 22:56        **Cell secured?** No
**Reason:** N/A
**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** [x]    **Disapproved:** [ ]    **Approved By:** Daniels, Kimphus (Staff Lt./Lt)
**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 03/24/2006    **Time:** 22:56    **Received From:**

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

                                                                Daniels, Kimphus (Staff Lt./Lt)

I have received a copy of this notice on DATE:_____ TIME:_____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____        **Offender:** _____
                    Daniels, Kimphus                                         Hamby, Ricky J J