| Incident# | | |
|---|---|---|
| 3017939 | HRYCI Howard R.Young Correctional Institution<br>1301 E. 12th Street<br>WILMINGTON DE, 19809<br>Phone#: 302-429-7700 | Date: 04/18/2006 |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 03/24/2006 | Time: 19:45 | Confidential: No |
|---|---|---|---|---|

**Facility:** HRYCI Howard R.Young Correctional Institution         **Followup Required:** No

**Associated Disciplinary Report #(s)** 3014211

**Incident Location:** Pod 1E

**Location Description:** 1 e pod cell# 20

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior
2.06/200.108 Failing to Obey an Order
2.11/200.102 Off Limits

**Description of Incident:**

On above date and approximate time I Officer Campbell was notified by primary control that inmate Hamby, Ricky was to be moved from 1F cell #20 to 2B cell #5 .Officer E. Campbell informed Hamby that he was to be moved, inmate Hamby replied " I'm not going anywhere, this is bullshit. I've been here to long for this bullshit, I'm supposed to go to the Eastside. Inmate Hamby was informed that all inmate upon their departure from 1F either go somewhere on the first floor or the second floor and he had no say in the matter. I informed the lead worker (Sgt. M. Edwards) of the situation. Sgt. Edwards attempted to speak to Inmate Hamby which proved unsuccessful. Per Lt. Senato, who was briefed by me Officer Campbell, Inmate Hamby was to be placed on Pre Hearing Status on 1E for Disorderly or Threatening Behavior.

Inmate Hamby was told to pack his belongings so he could be moved, he stated "Bullshit ". Sgt Edwards was again notified that Inmate Hamby would not cooperate with the orders given to him by myself. After being given 2 direct orders by Sgt. Edwards Inmate Hamby complied. I Officer Campbell was able to put Inmate Hamby in 1 E-12 without incident.

| Injured Persons | Hospitalized | | Nature Of Injuries |
|---|---|---|---|
| N/A | N/A | N/A | |

**Evidence Type:** N/A         **Date Collected:** N/A
**Discovered By:** N/A         **Secured By:** N/A

**Type of Force Used**  [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
Notified Leadworker and 1st Floor Lt., had inmate pack and moved to 1E Pod on PHD.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Christopher, Thomas | N/A | Correctional Officer |
| Staff | Marvin, Edwards | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Ewonnu, Campbell | N/A | Correctional Officer |
| Inmate | Ricky, Hamby J J | 00191377 | N/A |

**Reporting Officer:** Campbell, Ewonnu (Correctional Officer)         **Entered By:** Campbell, Ewonnu (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 03/25/2006  **Approved by:** Bamford, David (Shift Commander - Large Inst.)
**Comments:** N/A