| | |
|---|---|
| DR# 3014211 | HRYCI Howard R.Young Correctional Institution<br>1301 E. 12th Street<br>WILMINGTON DE, 19809<br>Phone No. 302-429-7700 | Date: 04/18/2006 |

## DISCIPLINARY HEARING DECISION

Inmate : Hamby, Ricky J J  　　　　　　　　　　SBI#: 00191377　Type: Class 1

Institution: HRYCI Howard R.Young Correctional Institution　　Hearing Date: 03/26/2006　Time: 18:55

Inmate Present: Yes　　Reason(If No): N/A

Violation: 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order, 2.11/200.102 Off Limits

Inmate PLEA: Not Guilty

Inmate Statement: i/m hamby stated he told officers he was suppose to move to eastwing and not upstairs .said nobody wants to listen to him

Witness Name: Campbell, E

Testimony : N/A

Decision :Guilty

Rational :officers report, i/ms statments

Sanctions: N/A

**HEARING OFFICER'S SIGNATURE**
　　　　　　　　　　　　　　　　　　Daniels, Kimphus

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

[ ]　DO　　[ ]　DO NOT INTEND TO APPEAL

**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X]　Inmate does not wish to appeal　　　　[ ]　Appeal has been denied by Commissioner or Designate

[ ]　Sanctions have been modified　　　　　[ ]　Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Loss of All Privileges | 03/26/2006 | 15 | 04/10/2006 |