**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICKY J. HAMBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-626-JJF |
| | ) | |
| DR. KASTRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ENTRY OF APPEARANCE</u>**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of Defendants Stanley Taylor and Raphael Williams.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants.  The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Erika Tross
Erika Tross, I.D. #4506
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Attorney for State Defendants
Stanley Taylor and Raphael Williams

Date:   April 25, 2006

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on April 25, 2006, I caused a true and correct copy of the attached **ENTRY OF APPEARANCE** to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**
Inmate Ricky J. Hamby
SBI #191377
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Department of Justice
State of Delaware
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for State Defendants Raphael
Williams and Stanley Taylor