TO: Clerk of The United States District Court
844 N. King Street

April 26th, 2006
6:12 P.M.

Fr: Ricky J Hamby
#191377 P.O. Box 9561
Wilm: De. 19809

FILED
APR 27 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Court's Order, 12nd Day of
April. Civ No. 05-626-JJF.

J.J.F ℅ Clerk. U.S.D.C.

On April 20th, 2006, I received and signed
for Order dated April 12th, 2006 for Injunctive
Relief from United States District Court, Where
it is ordered that the Defendants file a response
to Motion (D.I. 18) on or before April 21, 2006.
Here this day April 25, 2006, having
received "No" response by Defendants as ordered
by United States District Court on or before
April 21st, 2006, I Ricky J Hamby respectfully
request that the Court enter a Motion, to
respond by defendants as Unimposed!

With Respects And Thanks
Ricky J Hamby

cc: r.h.
file

WILMINGTON DE 197

26 APR 2005 PM 3 T

Ricky J Hambey
#191577 P.O. Box 9561
Wilm. De. 19809

Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware 19801-3570

18501473513