TO: Clerk of The United States District Court
844 N. King Street

May 27, 06

FR: Ricky J Hamby
#191377 H.R.Y.C.I.

Civ. No: 05-626-JJF

Re: Attempt on my Life -
Robbery

JJF- c/o Clerk of U.S.D.C.

Sir, I appeal to you in upmost respect and hopefully you will step in before its too late for me.

On May 25, 2006 at 1:20 p.m. Officer Wright of 2-a pod announced to clear the floor for clean up of lunch. I went to my assigned cell #7 closed the door, put my headphones on and was standing at the sink brushing my teeth, I heard a clinking noise and glanced up to see the door to my cell being open and 3 inmates came in, I only know them from being on the same pod! Two White guys One, a little shorter than me, approximately 20 to 24 years old, bald head, #2 White guy about 5'11 to 6 feet approx: 200 pounds, #3 A Big black guy 6 foot to 6'2 approx 300 pounds, of who hurry up and brushed passed me to where I was surrounded. He made a comment about "you do law suits and legal work, wheres yo stuff at"; at that point I noticed some type of object that #2 had and a

② 

pillow case he was pulling out of his pants and #1 and #2 were both by the door to the cell, #3 told them to "lock the door" at that moment I threw up my arms to protect myself and with all my might lunged at the 1 standing in block of the only exit before they could lock it, us three fell outwards and I hit the table directly in front of my cell, the 2 white guys pursued me while striking me with their fist, #1 hit me in my face, #2 put two punctures in my right arm, I kept backing up towards the officers medical where officer Wright was standing, I glanced around to see him watching and thank God the security team was coming in our pod to do their daily bars & windows security check, when officer Wright saw this he then grabbed his radio and called a code 8 (Fight). After approximately 45 seconds the Quick Response Team came through the door, there was Sgt Image, Lt. Pedrick, Lt. Farmer. At that point I saw attacker #3 leaving my cell, #3 and #2 leisurely went up the steps to the second landing. The officer (Wright) said #1 and myself was fighting, we both were handcuffed and I was ask where my cell was, I was then escorted to cell #7 where the cell had my commissary all over the place with one pillow

(margin note: looked right at #2 and out the head if opened + wrist will also shall)

other items, at that time I proceeded to show Lt. Pedrick and Sgt. Smege where I was bleeding and what took place. Lt. Pedrick went to talk to Officer Wright "after" I identified all three of my attackers, I heard officer G. Wright say "I didn't see anything, I can't take away or add anything."

Lt. Pedrick came back where I was standing just inside my doorway handcuffed, he removed the cuff's and looked around and told me "Dude I can see that there's more than just a fight going on here," hurry up and pack your stuff as fast as you can Mr. Hamby, I did as I was told and me and #1 attacker was escorted to 1-E, detention.

Earlier that morning at about 9:30 a.m. I saw these same 3 attackers at the officers podium, I was on my way to go sit outside and I heard #1 attacker say to officer Wright "when it goes down if I have to I'll take the weight."

In lite of this I also observed this officer and attacker #2 right before the officer called to clear the, the floor, go together to the back of the pod where the officers bathroom is and the officer passed something to #2 which he put in his pants and ran up the steps, I was on my way to my room at that time which is right before

④

the attack took place!

My cell is about 20 yards or less in plain view of the officer's podium where he was and opened my door from the control panel for these 3 to get into my cell.

They took me to the infirmary before bringing me to 1-E detention, I told them I had been stuck with something, my arm was wiped with something and they bandaged up, that was Thursday 3 days ago, my arm is still bleeding but I got officer Lee to get me a couple of band aids but it slowly bleeds through them, and I've been requesting to see a doctor to no avail.

Last night, not too long after shift change on 4 to 12, Lt. Senato came around, came into this cell, #16 on 1-E, and I ask him for some help and showed him that I was still bleeding, he just ignored me by saying, "just don't pick at it, you'll be alright" and left. On the same evening,

→ At 8:57 p.m, May 26-06 Sgt. Edwards came to me, stepped into my cell and said he was ordered by Medical to take my Prosthic leg brace and Prosthic boots but when ask he refused to tell me "who" told him to take my medically needed brace and boots and made a comment to me saying, "hey this is what happens and slammed the door and left.

Note:
  Please be advised that I have a witness who says he will be supportive of me.
  His Name is Kareem Barksdale #455220
Your Honor, last but not least, I feel the hate and pressure all around from everybody, every officer I come in to contact with, now once again they have me isolated to where they could be drastic moves with no witnesses except themselfs. I do not want to end up like the man in DCC "found dead in cell" suspected foul play!
  Please, stop this, I don't know what else to do, only 5 months to go, October 26, 06 is my release date, without your help I really don't think I'll make it.

Sincerly Yours
K.J.H.



Ricky J Hornsby
#191377 P.O. Box 9561
Wilm: De. 19809

WILMINGTON DE 197
30 MAY 2006 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570