IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-626-JJF |
| | ) |
| DR. KASTRE, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

WHEREAS, Plaintiff provided to the Court USM-285 forms for service of Defendants Dr. Ali, Dr. Kionke, and Dr. Fisher, said forms containing addresses for each physician at First Correctional Medical and/or CMS, 6861 N. Oracle Road, Tucson, AZ 85704;

WHEREAS, on April 18, 2006, the USM-285 forms for Defendants Dr. Ali, Dr. Kionke, and Dr. Fisher were returned unexecuted with remarks that the doctors "[are] in Delaware and First Correctional Medical is not listed as a defendant" (D.I. 26, 27, 28);

WHEREAS, service cannot be effected upon Drs. Ali, Kionke, and Fisher without the correct address;

THEREFORE, at Wilmington this 3 day of June, 2006, IT IS HEREBY ORDERED that Plaintiff shall, no later than June 23, 2006, provide USM-285 forms containing correct addresses so that service may be effected upon Defendants Dr. Ali, Dr. Kionke, and Dr. Fisher.

NOTE: Failure to timely comply with this order or to provide incomplete USM-285 forms shall result in the dismissal without prejudice of Dr. Ali, Dr. Kionke, and Dr. Fisher.

_____
UNITED STATES DISTRICT JUDGE