IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY,            ) | |
|                     ) | |
|     Plaintiff,      ) | |
|                     ) | |
| v.                         ) Civ. No. 05-626-JJF | |
|                     ) | |
| DR. KASTRE, et al.,        ) | |
|                     ) | |
|     Defendants.     ) | |

**O R D E R**

WHEREAS, Plaintiff Ricky J. Hamby, a prisoner incarcerated at the Howard R. Young Correctional Center, Wilmington, Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, on May 31, 2006, Plaintiff filed a letter informing the Court of violence against him by other inmates and the failure of Defendants to ensure his safety which the Court construes as a motion for injunctive relief to protect him from harm (D.I. 34);

WHEREAS, on June 2, 2006, the Clerk's Office received a telephone call from the sister of Plaintiff, stating that Plaintiff "feared for his life";

THEREFORE, at Wilmington this 5th day of June, 2006, IT IS ORDERED that:

    1.   Defendants shall file a response to Plaintiff's letter motion (D.I. 34) on or before **June 9, 2006**.

    2.   Plaintiff may file a reply on or before **June 14, 2006.**

    3.   The Clerk of the Court shall provide a copy of the

letter/motion (D.I. 34) to Defendants along with this order.

                                                   */s/ Joseph J. Farnan, Jr.*
                                        UNITED STATES DISTRICT JUDGE