IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICKY J. HAMBY,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            ) Civ. No. 05-626-JJF
                                   )
DR. KASTRE, et al.,                )
                                   )
          Defendants.              )

**ORDER**

WHEREAS, the Court entered an order on June 3, 2006, requiring Plaintiff to provide to the Court USM-285 forms for service of three Defendants doctors, Drs. Ali, Kionke, and Fisher (D.I. 35);

WHEREAS, the Court amends the order to substitute the name **Dr. Aramburo** for that of Dr. Kionke, as Dr. Kionke was dismissed as a party on February 27, 2006, and it is Dr. Aramburo who has not yet been served;

THEREFORE, at Wilmington this ___ day of June, 2006, IT IS HEREBY ORDERED that:

1.   The Court's Order entered June 3, 2006, requiring Plaintiff to provide USM-285 forms containing correct addresses is **AMENDED**.

2.   Plaintiff shall, no later than June 23, 2006, provide USM-285 forms containing correct addresses so that service may be effected upon Defendants Dr. Ali, Dr. Aramburo, and Dr. Fisher.

NOTE:  Failure to timely comply with this order or to provide incomplete USM-285 forms shall result in the dismissal without prejudice of Dr. Ali, Dr. Aramburo, and Dr. Fisher.

_____
UNITED STATES DISTRICT JUDGE