To: United States District Court
844 N. King Street

Fr: Ricky Hamby
#191377 H.R.Y.C.I.

June 5th, 2006
I Remember → 9:11 p.m.

Re: Civ. No. 05-626-JJF

JJF c/o Clerk.

Honorable Judge, I just wanted to send my thanks to you for I truely believe you saved my life. I also ask the court to suspend my last 3 months, and I've thought about this carefully, as an alternative if thats not acceptable I would like to purpose that you help me go to Iraq for Construction for a minimum of 1 to 2 years, I could surely help our country a great deal and help alot of unfortunate people at the same time. "And if I survive I'll be able to stand on my own two feet proudly for finally giving back to our country, its only right. So please consider my request seriously for I already have and I know full well what I'm sujesting.

Thank You
Ricky Hamby

cc: sh
file

Ricky J Hamby
#191377 P.O. Box 9561
Wilm. De. 19809

WILMINGTON DE 197
05 JUN 2006 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570