IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-626-JJF |
| | ) |
| DR. KASTRE, et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF GEORGE WRIGHT

I, George Wright, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by the State of Delaware Department of Correction ("DOC") as a Correctional Officer at the Howard R. Young Correctional Institution ("Howard Young"), Wilmington, Delaware. I have been employed by the DOC for over seventeen (17) years and have been working in the 2Q pod of Howard Young for approximately eleven (11) years.

2. I had no knowledge that Ricky Hamby filed the above-captioned lawsuit. I did not learn that Inmate Hamby filed the lawsuit until some time after May 25, 2006, when I was informed by my captain. To my knowledge I have not been named as a defendant in this lawsuit.

3. On May 25, 2006, between the hours of 1:00 p.m. and 1:17 p.m. I gave an order for the 2Q pod to lock in for clean-up after chow was over. The inmates began locking in their cells so some inmates were inside their cell and some inmates were outside their cell.

4. After I gave the order to lock in I turned to the tierman on the pod and told him to take the foodcart out of the door. I then heard a loud noise that sounded like a "BOOM". When I turned back around I saw Inmate Hamby and another inmate fighting.

5. Upon seeing the fight I immediately called a Code 8 and gave a direct order for all inmates to lock in. Shortly thereafter the Quick Response Team along with several other officers arrived. Inmate Hamby and the other inmate were then handcuffed and escorted to the Infirmary and the 1E pod.

6. I later learned that the fight concerned Inmate Hamby's commissary and that someone may have been trying to steal his commissary.

7. I have never let inmates into a cell to beat other inmates. Further I did not request or permit any inmate to beat Inmate Hamby.

/s/ George Wright
George Wright

SWORN AND SUBSCRIBED before me this __8__ day of __June__, 2006.

/s/ Rodderick Johnson
Notary

A -2-