Incident#: 3019069

**HRYCI Howard R. Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone#: 302-429-7700**

# INCIDENT REPORT

Date: 06/04/2006

Group#: N/A    Type: Inmate Involved    Incident Date: 06/25/2006    Time: 13:17    Confidential: No

Facility: HRYCI Howard R. Young Correctional Institution    Followup Required: No

Associated Disciplinary Report #(s) 3015300
Associated Disciplinary Report #(s) 3015301

Incident Location: Pod 2Q
Location Description: 2Q cell #7
Violated Conditions: 1.13 Fighting

**Description of Incident:**

On the above date and time I C/o Wright had just given an order for the pod to lock in for clean-up after chow was over. I turned to my left and told the tierman I/m Willis Miller #179738 to take the foodcart out the door, when I turned back around I saw I/m Jeffrey Mancinelli #272600 and I/m Ricky Hamby #191377 coming out of cell # 7 fighting, that was I/m Hamby's cell. What the fight was about I don't know. I C/o Wright called the code 8 and gave the direct order for everyone to lock in. Lt Pedrick, Sgt Richards, Sgt Emig, Qrt arrived. Both Inmates I/m Mancinell and I/m Hamby were both hancuffed and escorted out to Infrimary and then 1E

. (EOR)    Note. Both inmates were examined by Nurse Bell and cleared to be housed on 1 E pod.
Note: The fight was about I/M Hamby's commassary. Someone might have been trying to steal I/M's Hamby commissary.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A    Date Collected: N/A
Discovered By: N/A    Secured By: N/A

Type of Force Used [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used : N/A

**Immediate Action Taken:**
Notified Sgt richards and wrote reports.

**Individuals Involved**

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | George, Wright | N/A | Correctional Officer |
| Inmate | Jeffery, Mancinelli S | 00272600 | N/A |
| Inmate | Ricky, Hamby J J | 00191377 | N/A |

Reporting Officer: Wright, George (Correctional Officer)    Entered By: Wright, George (Correctional Officer)

**Approval Information**

[X] Approved  [ ] Disapproved  Date: 05/25/2006  Approved by: Parker, Phillip (Shift Commander - Large Inst.)
Comments: N/A