5-2195

## Correctional Medical Services
## Segregation Record Review And Visit Log

| Date notified: 5/25/06 | Time notified: 1400 | | |
|---|---|---|---|
| Existing medical conditions precluding housing in segregation: ☒ No ☐ Yes   If yes, describe: | | Security notified: ☒ Not indicated ☐ Yes  Date:_____ Time:_____ | |
| Currently receiving mental health services: ☒ No ☐ Yes | | Mental Health notified of admission to segregation: ☒ Not indicated ☐ Yes  Date:_____ Time:_____ | |
| Currently on medications: ☐ No ☒ Yes | | Arrangements made for medication administration: ☐ Not indicated ☒ Yes | |

Signature: Colleen Bell, LPN    Date: 5/25/06    Time: 1400

5/25/06 - abrasion noted R arm. cleaned c NSS & bandaid applied. CBell LPN

### Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | ✱ | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | ✱ | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ✱ |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | ✱ | | | | | | | | | | | | | | | | | | | | ✱ | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | ✱ | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurses sign & initial: _____

NAME: Hamby, Ricky    I.D.#: 191397    DOB: 6-2-60    YEAR: 2006

7179 REV 9/03