To: United States District Court

From: Ricky J Hamley
#191377 1-F-4

8:35 p.m.
June 8th, 2006
05-626 (JJF)

Re: Follow up/letter to Capt. Berggrun

Dear Judge Farnan,

As I sit here and listen to the many voices on this pod, I just finished a letter to Captain Berggrun. Apperantly there's a few other people down here that are conected to the Crip gang and they are ploting a way to get to me. I fear it can happen easily because I've seen it done down here before when I was here a couple of months ago.

They are saying "during recreation and coming out for Medication" that they "will" find a way to get to me. I cant place a face with these voices but there are at least 7 different ones. I pray this day that your honor Judge Farnan find an alternative solution before its too late and I get severly beaten down. They officers are way too relaxed and they (alot of officers) are friends with alot of inmates from the street.

well being at this point but something must be done "Quickly" for my own sake, these attackers were apparently part of a gang called the Crips and at least 7 of them are down here with me ploting on how they are going to get at me. I plead for your mercy, is 4 more months worth my life? its all the level 5 time I have left, I've been here over 2 years and I just want to live long enough to have my one last chance, once again, isn't there some other way to work this out "Please". I beg to to just ask yourself "is it worth a mans life? for 4 months?

    Of course I have no say so over all but I am asking please don't let this go down.

                With Uppmost Respects
                Ricky J Hanley

cc:sl



Rudy Revollo
Delaware Psychiatric Center
Wilmington, De. 19807

WILMINGTON DE 197
09 JUN 2006 PM 3 T

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570