IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICKY J. HAMBY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-626-JJF |
| | : | |
| DR. ALI, DR. ARAMBURO, WARDEN | : | |
| RAPHAEL WILLIAMS, COMMISSIONER | : | |
| STAN TAYLOR, DR. FISHER, and | : | |
| DIANE HERNANDEZ, | : | |
| | : | |
| Defendants. | : | |

## O R D E R

WHEREAS, Plaintiff has filed a Complaint alleging Eighth Amendment claims against Defendants based on inadequate medical care;

WHEREAS, in subsequent filings Plaintiff has also alleged that he has suffered retaliation as a result of the filing of his Complaint;

WHEREAS, Plaintiff further alleges that the term of his imprisonment expires in four (4) months;

WHEREAS, in light of the allegations in Plaintiffs' filings and the particular circumstances of this case, the Court finds that a status conference is necessary to determine the manner in which this litigation will proceed;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference is scheduled for **Tuesday, June 20, 2006,** at **10:00 a.m.** in Courtroom 4B, 4th Floor, Boggs Federal Building, Wilmington, Delaware.

_June 13, 2006_
Date

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE