IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-626-JJF |
| DR. ALI, DR. ARAMBURO, WARDEN RAPHAEL WILLIAMS, COMMISSIONER STAN TAYLOR, DR. FISHER, and DIANE HERNANDEZ, | : |
| Defendants. | : |

### SUPPLEMENTAL ORDER

WHEREAS, the Court issued an Order (D.I. 42) scheduling a Status Conference in the above-captioned case for Tuesday, June 20, 2006, at 10:00 a.m.;

NOW THEREFORE, IT IS HEREBY ORDERED that, as a supplement to the Court's Order (D.I. 42), the Attorney General for the State of Delaware is requested to make the necessary arrangements for security and transportation of Plaintiff, Ricky J. Hamby, who is in State custody, to and from his place of incarceration and the Courthouse, to permit Plaintiff to attend the proceedings.

June 13, 2006
Date

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE