TO: U.S.D.C. Clerk of Court
844 N. King Street

F: Ricky J Hamby
#191377 DCC

June 18, 06  7:55 p.m.

Re: Civ. No. 05-626-JJF
Extending Deadline
of June 23, USM-285

JJF,

   On June 13th, 2006, I was transferred to DCC, my property was packed into 5 trash bags by the officers at Gander Hill, DCC sent a bus from here to pick us up, to be transported and they would only allow (2) two of my five bags to come with me, "of which," I did not get the opportunity to pick what I needed, I also still have not received my personal property and therefore have no idea if my legal work even came at all. I am housed in C-Building, Pre-trial and I am not allowed access to the Law Library; and even though I have written and requested (3) three USM-285 forms and for the legal advisor to look up the address of the (3) three Doctors and I still have not received any information at all from them!

   This day, June 18th 2006, I Ricky J Hamby request that my Dead line of June 23, 06. be extended due too unforseen circumstances

[FILED JUN 20 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]
RD scanned

I have no control over. I also inform this court that I have notified every official, Sgt. George, Sgt. Little, Captain Henry, property officer, Counselor Hickey of the importance of my receiving my legal mail in my personal property and of the Dead line of June 23, 06, to no avail. Sgt George and Sgt Little, both on different shifts made phone calls attempting to get my property to see "if" my legal work even came and I still have not received any property (personal), nor have I heard or received any information from the Law Library. Please Understand and extend my time limit.

                    Respectfully Requested

                    Ricky J Hamby

cc: r.h.
    d.d.
    file

Ricky J Hamby #191377
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

WILMINGTON DE 197
19 JUN 2006 PM 1 L

U.S.M.S.
X-RAY
Office of the Clerk
United States District Court
844 N. King street lock box 18
Wilmington Delaware 19801