IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 05-626-JJF |
| DR. ALI, et al., | : |
|       Defendants. | : |

### O R D E R

WHEREAS, the Court held a Status Conference in the above-captioned action on June 20, 2006, during which the Court construed several letters (D.I. 34, 41) filed by Plaintiff to be requests to amend his Complaint to add a claim of retaliation to his now pending Eighth Amendment claims;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's requests to amend the Complaint are **GRANTED**, and Plaintiff's Complaint is **AMENDED** to add a count based on retaliation.

2. Plaintiff shall file a formal Amended Complaint setting forth all of his claims and allegations **within twenty (20) days** of the date of this Order.

3. If Plaintiff fails to timely file an Amended Complaint, the Court will proceed on the originally filed Complaint as amended by Plaintiff's letters (D.I. 34, 41).

June 21, 2006                               /s/ Joseph J. Farnan
    Date                                    UNITED STATES DISTRICT JUDGE