IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICKY J. HAMBY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-626-JJF |
| DR. ALI, et al., | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, on June 5, 2006, the Court entered an order for Plaintiff Ricky J. Hamby ("Hamby"), to provide no later than June 23, 2006, complete USM-285 forms for Defendants Dr. Ali, Dr. Aramburo and Dr. Fisher (D.I. 28);

WHEREAS, during a status hearing held on June 20, 2006, Plaintiff requested an extension of time to comply with the Court's June 4, 2006 Order, explaining that he was recently transferred to a different correctional institution;

THEREFORE, at Wilmington this 22 day of June, 2006, IT IS ORDERED that the oral motion for an extension of time is **GRANTED**. Plaintiff is given an extension of time up to and including **July 31, 2006,** to provide to the Court complete USM-285 forms for Dr. Ali, Dr. Aramburo, and Dr. Fisher.

UNITED STATES DISTRICT JUDGE