### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-626-JJF |
| | ) |
| DR. KASTRE, et al., | ) |
| | ) |
| Defendants. | ) |

### STATE DEFENDANTS RAPHAEL WILLIAMS AND
### STANLEY TAYLOR'S RULE 26(a)(1) INITIAL DISCLOSURES

State Defendants Raphael Williams and Stanley Taylor, (hereinafter "State Defendants") disclose the following information in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure (the "Federal Rules") and the Scheduling Order entered in this matter (D.I. 49). These disclosures are based on information reasonably available to State Defendants as of this date. Continuing investigation and discovery may alter these disclosures. State Defendants reserve the right to supplement the information disclosed below if additional information becomes available.

By making these disclosures, State Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this claim. Nor do State Defendants waive their rights to object to the production of any document or tangible thing disclosed on the basis of any privilege, the work-product doctrine, relevancy, undue burden or any other valid objection. State Defendants' disclosures represent a good faith effort to identify information they reasonably believe is required by Federal Rule 26(a)(1).

State Defendants' disclosures are made without waiver of: 1) the right to

object on the grounds of competency, privilege, relevancy and materiality, hearsay or other proper ground; 2) the right to object to the use of any such information, for any purpose, in whole or in part, in any other action; and 3) the right to object on any and all proper grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections and qualifications.

    **A.**    **Individuals likely to have discoverable information in support of State Defendants' defenses.**

        1.  Raphael Williams, Department of Correction

        2.  Stanley Taylor, Department of Correction

        3.  George Wright, Department of Correction

The above named individuals may be contacted through the undersigned counsel. In addition, State Defendants reserve the right, pursuant to Federal Rule 26(e) to identify additional witnesses. State Defendants further reserve the right to identify and call any witnesses listed by the Plaintiff.

    **B.**    **Documents that may be used to support State Defendants' defenses.**

        1. Contents of Plaintiff's Institutional file, including but not limited to disciplinary records, inmate grievances, classification records, and institutional records, as well as all related documentation contained within the Institutional file.

        2. Any medical examination reports and records applicable to the Plaintiff while incarcerated within the custody of the Department of Correction.

In addition, State Defendants reserve the right, pursuant to Federal Rule

26(e) to identify additional documents. State Defendants further reserve the right to identify and utilize any documents listed by the Plaintiff.

### C. Experts and their opinions: Damage Computation.

State Defendants have not yet retained any experts, however, the State Defendants reserve the right to do so, and will supplement this response as required by Federal Rule 26(e).

### D. Insurance Agreements in force.

There are no insurance agreements in force. State Defendants further disclose that no such insurance exists.

### E. Basis for any damages claimed.

State Defendants have not filed a counter-claim for damages at this time. State Defendants reserve the right to file a counterclaim against the Plaintiff as may be permitted by the Federal Rules.

                                        **DEPARTMENT OF JUSTICE**
                                        **STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
Attorney for State Defendants Raphael Williams and Stanley Taylor

Dated: June 27, 2006

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on June 27, 2006, I caused a true and correct copy of the attached **STATE DEFENDANTS RAPHAEL WILLIAMS AND STANLEY TAYLOR'S RULE 26(a)(1) INITIAL DISCLOSURES** to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Inmate Ricky J. Hamby
SBI #191377
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**MANNER OF DELIVERY:**

___ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___ Two true copies by Federal Express

___ Two true copies by hand delivery to each recipient

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Department of Justice
State of Delaware
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants Raphael
Williams and Stanley Taylor