TO: United States District Court
844 North King Street

June 23, 06 3:04 pm

Fr: Ricky J Hamby
#191377 DCC

Re: Court Orders/
Deadlines 05-626-JJF

FILED
JUN 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JJF. % Office of the Clerk;

Your Honor, On June 20th, 06, at the conference hearing I notified this court that I need more time to file 28.5-form's & other because my unforseen transfer to D.C.C. I also stated that my hand are tied because I had'nt received my personal property.

On June 23, 06 at approximately 11:45 a.m. I was called to the 24 building to pick up my property. Miss Summers, the property officer and I went thru my property, "My Legal Mail" was nowhere to be found.

I anticipated this your honor, so, on June 13rd, my transfer date, upon my arrival here, I filed a Grievance to hopefully insure that This institution was aware of the situation and of the importance of this Legal Work. (See enclosed Grievance Report). Also, since I cannot get immediate access to the Law Library I would ask and appricate it if the court would make a copy and send origional back to me, I do not have enough paper to write copies myself.

I also give my deepest thanks and appriciation to this court. With the Grievance for my personal aberency

in progress (convienced ^E mentioned) it to Magellan, as I have stated before that this is just another vindictifness move from those accused to hinder me from access to the court and purpously "delay or stop" my case altogether. I would ask the court to make a call or submitt in writing to H.R.Y.C.I. to produce my missing property (Legal Work) which has all of my evidence, letters, dates, times, names, returned correspondence from Medical and Staff Officials, almost 2 years work of which I'm sure they will be happy to have because H.R.Y.C.I. personel knew I have nobody on the outside to maintain close ties with. They also know the hole time I've been incarcerated I hav'nt had (1) one visit!

    Last, can I simply add additional defendants to this suit? I am not clear on this and I would very much appricate some guidence.

                                Respectfully Yours
                                Ricky J. Hamby

Also Enclosed;
    Letter of updat to medical status.

cc: A.J.
    r.h.

I/M Ricky J Handy
SBI# 181377   UNIT 22-022
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 JUN 2006 PM 3 L

Office Of The Clerk
United States District Court
844 N. King Street, lockbox 18
Wilmington, Delaware
19801-3570