TO: William Joyce c/o D.S.D.C.
   Medical Administrator

FI: Ricky Hamby
   Delaware Correctional Center

June 20, 06 9:19 p.m.

Re: Proper Medical Care

Mr. Joyce,

I know you are aware of my Medical Condition! However, On June 13th, 06, I was transferred from Gander Hill (H.R.Y.C.I) to Del. C. Center.

My Medical File and all my Medications was transferred with me. Upon entering, I saw a nurse and as she took my blood pressure we discussed my condition, she reviewed my file, I showed her my arms, back, legs to make her aware of my skin condition in addition to my other serious problems, she said I would see a doctor within two (2) days. I waited several days with no results and I bled from scratching in my sleep. I notified Sgt. George, who tried to get me to Medical to no avail. On the same day I notified Sgt. Little who also tried to no avail and she then spoke to a Lt. about my condition and I still have not seen anybody. I continued trying on every shift to no avail. On June 18th, 06, I spoke to Captain Henry who looked at my skin and she could not believe I hadn't been seen and told me she would be back to work on Tuesday June 20th, and "if" I still haven't been seen to let her know. On June 19th, I spoke to Lt. Ciena about my condition, he took my information, said he would look into it and he would also E-Mail Captain Henry.

Upon my return from Federal Court on June 20th, at 1:30 p.m. I requested to see a nurse thru the B & E Sgt. I saw the same nurse I saw when

I first got here, I let her see for herself how bad my skin has gotten since my arrival on June 13th. I also ask her why I wasn't getting my medication, she took my information and said I would get immediate help, "I never did."

I was taken to my housing area at app. 2:30 P.M. where I saw another Sgt, and he took me too a lady (legal advisor), because he couldn't find my counselor, the sgt, said he was heading to medical on my behalf and the lady legal advisor said she would make a couple of calls for both, my medical and my legal work.

Today, June 23, 06, I'm still waiting for my medicines, I'm only getting my ultram as of today.

On June 8th, 06, (5) five days before I was transferred to DCC I had a meeting with William Joyce's Assistant, Scott Altman and two other members, I was assured that my new medication, Oxycodine would be ordered immediately, in addition to my, Soma's, and my colbatasol Ointment and cream and Devonex, Multi Vitiman and Zantac. He also said he owed me alot of answers and he would find out "also" why I never went for my follow up to the, Skin Doctor, Dr. Panzer and my Prosthesis Dr.

I'm back to square one (1), no treatment and no medication's, while my condition constantly get worse while it seem's everybody passes the buck!

I would appreciate your help "immidiately" I can't take the pain.

Respectfully Yours
Ricky Harley

CC: U.S.D.C. attorney general
Warden - DCC
d.h.s.s.
file

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/19/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : HAMBY, RICKY J J | **SBI#** : 00191377 | **Institution** : DCC |
| **Grievance #** : 46384 | **Grievance Date** : 06/13/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Personal Property | **Incident Date** : 06/13/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg C, Tier A, Cell R9, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I was transferred from HRYCI today and was not allowed to bring all of my personal belongings. I was not afforded the opportunity to make sure my most important things were among the 2 bags allowed, legal work which is a must because I am still in court, I have a dead line of 6/23, there was plenty of room for my stuff being 6 of us transferred had next to nothing.

**Remedy Requested** : I want my belongings brought down here ASAP or replaced. A Phone call is all it takes and gander hill travels thru here 5 days a week.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : NO | **Date Received by Medical Unit** : |
| **Investigation Sent** : | **Investigation Sent To** : Moody, Mary |
| **Grievance Amount** : | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/19/2006

# INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** HAMBY, RICKY J J | **SBI#** : 00191377 | **Institution** : DCC |
| **Grievance #** : 46384 | **Grievance Date** : 06/13/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 06/13/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg C, Tier A, Cell R9, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Moody, Mary                **Date of Report** 06/19/2006

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____