IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-626-JJF |
| | ) |
| DR. ALI, et al., | ) |
| | ) |
|     Defendants. | ) |

## O R D E R

WHEREAS, on June 22, 2006, the Court entered an order giving Plaintiff Ricky J. Hamby, up to and including July 31, 2006, to submit complete USM-285 forms for Defendants Dr. Ali, Dr. Aramburo, and Dr. Fisher (D.I. 28);

WHEREAS, Plaintiff filed the pending motion indicating that due to his recent prison transfer, as of June 25, 2006, he had yet to receive all his personal property including his "legal work" and he requested that the Court enter an order for personnel at the Howard R. Young Correctional Institute to produce the missing property (D.I. 54);

WHEREAS, Plaintiff also requests that he be allowed to add additional defendants to his lawsuit (D.I. 54);

THEREFORE, at Wilmington this 19 day of July, 2006, IT IS ORDERED that:

1. Plaintiff shall advise the Court by no later than **July 31, 2006**, whether he has received the missing legal paperwork. The Court will then determine whether further action is required.

2.  The motion for leave to add additional defendants is **DENIED without prejudice**.  Plaintiff may file a new motion for leave to amend, but the motion must inform the Court of the content of any proposed amendment and include the names of any proposed defendants.

_____
UNITED STATES DISTRICT JUDGE