To: United States District Court
844 N. King Street
Wilmington DE. 19801-3570

July 28, 06
12:38 p.m.

Fr: Ricky J Hamby
#191377 OCC

Re: Legal Work from
H.R.Y.C.I 05-626-JJF

FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Clerk of Court-JJF,

All my attempts to get my legal work from Gander Hill-(H.R.Y.C.I) has failed!

On July 14th, 06 at 10:54 AM, Capt. Michael McCreanor of OCC came to me and advised me that Gander Hill-H.R.Y.C.I "is not" going to send my property, and that I was to sign a 'Release of Personal Property Form' and let my brother it up "or" it would be destroyed! I signed the form and I immediately wrote a letter to my brother.

On July 22, 06, I received a return letter from my brother saying he did in fact pick up some property of mine from H.R.Y.C.I but did not specify if my legal work was their, I'm still waiting to find out what "if" any of the legal work is there.

Enclosed is the USM-285 forms for Dr. Ali, Dr. Aramburo and Dr. Fisher with (3) three new addresses, that are in connection with these defendants, However, if they still cannot be

served at either, I would like to request that I may submitt a motion to compel on H.R.Y.C.I, F.C.M. 1575 McKee Road, Suite 201 of Dover, 19904, and C.M.S. 1201 College Park Drive, Dover De. 19904, to produce an affirmed address where the defendant may be served.

Also enclosed are copies of letters I've sent to these address'es requesting confirmation on the defendants 'and' to Mr. Scott Altman Q.S.A. of CMS for same.

I would also request that my case be given to the mentioned panel of Attorneys in my behalf at this time for I am unable to re-submitt per the judge because I do not possess any of my legal work pertaining to case NO. 05-626-JJF at this time, and I need help in preparing an adequate discovery ect; and I will need all the time I can get. I really appreciate any and all help.

Respectfully Submitted
Ricky J Hamby

cc: r.d.
file

I/M Ricky J. Hemby
SBI# 191377  UNIT 29 Q/1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850  JUL 2006


U.S.M.S
X-RAY

OFFICE OF THE CLERK
United States District Court
844 N. King Street lockbox 18
Wilmington, Delaware
19801-3570