To: William Joyce
Medical Administrator

June 20th, 06 9:19 p.m.

Fr: Ricky J Hamby #191377
Delaware Correctional Center

Re: Proper Medical Care

Mr. Joyce,

I know you are aware of my Medical Condition. However, On June 13th I was transfered from Gander Hill (H.R.Y.C.I.) to Delaware Correctional Center. My Medical File and all my Medication's were transfered with me. I saw the nurse in booking & Receiving we discussed my condition as she reviewed my file and I showed her my skin condition as it is getting extremly worse and she said I would see a doctor no later than a couple of days. I waited two day with no results and no bleeding from scratching in my sleep, on the 15th, I notified Sgt. George who tried to get me to Medical, on the same day I notified Sgt. Little, who also spoke to a Lt. about my condition and still I never saw anybody. I continued trying every day on every shift and on June 18th, 06 I spoke to Captain Henry who looked at my skin and could'nt believe I had-nt seen a Doctor and advised me she would'nt be back to work until Tuesday June 20th and "if" I hadn't been seen to let her know. As of June 19th I spoke to Lt. Cesna about my Medical Condition and that Captain Henry was also aware, the Lt. took my information, said he would look into it and he would also E-Mail the Captain.

Upon my return from federal Court on June 20th at 1:30 p.m., I ask the Sgt. in booking if I could to the same Nurse I orgionally saw, at 1:45 P.M. she complied and I let her see how bad my

skin condition was, and about my medications of which she wrote down, I reminded her that my condition would get worse every day, she said she or another nurse would come to my housing area to take care of me, "nobody did." As I entered my housing area, Building 22 DCC I spoke to another Sgt. and the legal advisor, the sgt. said he would notify Medical and the legal advisor said she would make a few calls on my behalf.

Today, June 20, 06, which is 7 days with with no medical attention or medication, and on June 8d, 06 I had a hearing with your assistant and Scott Altman, I was assured I would have my Ultram changed to Oxycodone or Perkosit 10's and also my follow up appointments with Dr. Panzer (Dermotoligist) and the Prostletics Doctor would be looked into and he said he owed me alot of answers, I'm back to square 1, no treatment or medicine's.

I am in alot of pain and I would appricate if you would personally insure my needs will be met immediately and do what is right, I can't take this pain much longer.

Upmost Concerns
Ricky Hardy

cc: U.S.D.C.
A.G. Warden DCC
a.l.
d.h.
file

MHU 22 DL-1

William Joyce    In House Mail
Medical Administrator
CMS


Fr: Ricky Hamley
Build: 22 DL1

## PARALEGAL INFORMATION REQUEST

Inmate Name: Ricky Hamby    SBI# 191377

Building # 22   Cell # DL1   Date: 7-24-06   **RECEIVED**

JUL 24 2006

DCC Law Library

Please state as clearly as possible the legal issue you need assistance with. This form will be assigned to an Inmate Paralegal who will respond to you in writing through the Law Library staff. Please indicate if you have a pending filing date. If you have a filing date attach a copy of the court ordered date or the court rule number that applies to your situation.

Question: I still need Confirmation to Address on Dr. Ali, Dr. Aramburo (crossed out) and Dr. Fisher. Can they be served at Correctvonal Medical Services

1201 College Park Drive Suite 101
Dover De. 19904

First Correctional Medical Services
1575 McKee Road Suite 201
Dover De. 19904  "OR"

a private practice address to where they can be served!

Please be reminded that my deadline is July 31st 06.

The Medical Administrator of Institutional of DCC will have record of Finding, "Please check and Confirm."

Resp
7/25/16

7/25/06

Mr Hamby:

You may refer to Rule 4(c, e) Federal Rules of Civil Procedure for the procedure for service on the commencement of a complaint.

We have no private practice addresses for these doctors.

The address for F.C.M. is: 6861 North Oracle Road, Tucson, AZ 85704.

You will need to contact Scott Altman, office on information on medical issues, directly. The law library can not do this for you.

If you are filing your suit "in forma properis" your service of the complaint will be governed under 28 USC 915. Service will be accomplished by the U.S. Marshal.

This Rule and Statute are available from the S.H.U. Law Office.

John Rundle, Medical Director CMS

TO: Correctional Medical Services
1201 Collage Park Drive
Suite 101 Dover De. 19904

Fr: Ricky J Hanley - DCC
#191377 22 DLI

July 4th, 06   7:10 pm

Re: NO: 05-626-JJF
Confirmation

To Whom it may concern;
    I respectfully request confirmation on (3) three Doctors on your current or past staff.
Dr. Fisher, Dr. Ali, Dr. Aramburo
    I need an address where they can be reached currently or any forwarding address or private Practice. These Doctors may or may not still be working for your company. Please comply as per this letter (request). Thank you.

                      Sincerly Yours

                      Ricky J Hanley

CC: D.S.D.C.
F.C.M.
n.h.
file

TO: First Correctional Medical
2575 McKee Road, Suite 202
Dover De. 19904

FR: Ricky J Hamby - DCC
#191377 22 D4

July 4th, 06 6:50 p.m.

Re: No: 05-626-JJF
Confirmation

To Whom it may concern;

    I respectfully request confirmation on (3) three Doctors on your current or past staff.
Dr. Fisher, Dr. Ali, Dr. Aramburo

    I need an address where they can be reached currently or any forwarding address or private practice. These Doctors may or may not still be working for your Company, Please comply as per this letter (request). Thank you

Sincerely Yours

Ricky J Hamby

CC: U.S.D.C.
C.M.S.
D.L.
file

To: Scott Altman
Q.S.A. C.M.S

Fr: Ricky J Hamby
#191377 DCC

July 24, 06 3:07 p.m.

Case No 05-626-JJF
Re: Confirmation of
Address'ee-CMS-FCM

Scott,
I am writting to you for some information on (3) doctors who used to "or" still works for CMS and or FCM. I know they all were at one time working for both.
I am requesting for a current address of Dr. Ali, Dr. Arambruo and Dr. Fisher to proceed in a legal manner. (See Enclosed) per this letter.

Thank You
Ricky Hamby

CC: O.S.P.C.
r.J.
file