IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY,           ) | |
|                           ) | |
|     Plaintiff,     ) | |
|                           ) | |
| v.                        ) | Civ. No. 05-626-JJF |
|                           ) | |
| DR. ALI, et al.,          ) | |
|                           ) | |
|     Defendants.    ) | |

### O R D E R

WHEREAS, July 19, 2006, the Court entered an order for Plaintiff Ricky J. Hamby to advise the Court by no later than July 31, 2006, whether he had received legal paperwork missing as a result of his prison transfer (D.I. 55);

WHEREAS, Plaintiff advises the Court that on July 14, 2006, he signed a release of personal property form, his property was sent to his brother, and on July 22, 2006, Plaintiff was advised that his brother had retrieved the property but he did not specify if the "legal work" was included with the property (D.I. 56);

WHEREAS, Plaintiff previously requested that the Court enter an order for personnel at the Howard R. Young Correctional Institute to produce the missing property, but it appears that Plaintiff's property has been released to his brother (D.I. 54, 56);

WHEREAS, Plaintiff recently submitted complete USM-285 forms for Defendants Dr. Ali, Dr. Aramburo, and Dr. Fisher;

THEREFORE, at Wilmington this __15__ day of August, 2006, IT IS ORDERED that:

1. The motion for an order for personnel at the Howard R. Young Correctional Institute to produce missing property (D.I. 54) is **DENIED as moot**.

2. Service shall take place Defendants Dr. Ali, Dr. Aramburo, and Dr. Fisher as directed by the Court in Orders entered on February 27, 2006 and June 21, 2006.  (D.I. 14, 48.)

                                                     UNITED STATES DISTRICT JUDGE