To: United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

August 28, 06  5:26pm

Fr: Ricky J Hamby
#191377 DCC
1187 Paddock Rd.
Smyrna, De. 19977



Re: C.A. No. 05-626-JJF
Interrogatories And
Request: Fr: Erika Tross

Your Honor;

On August 25th, 2006 I received from Erika Tross- <u>State Defendants' Combined First Set of Interrogatories And Request For Production Of Documents Directed To Plaintiff.</u>

After careful review of this document and consideration of this request there is no possibility that I can provide answers and documents, Hospital Records, Doctors, Specialist, Addresses, most of which is Discovery, to Miss Tross at this time without help from an Attorney.

With all due respects to the court and to Miss Tross, I respectfully request from the Court if an Attorney will be provided for Ricky J. Hamby in this case? My Incarceration does

not "and will not" allow me to obtain copies of my medical chart, or specialist I've seen, or proof of diagnosis, also I am no longer in possession of any of my legal work which contains a portion of that is requested.

All request that are being ask and all information "can" be answered and obtained; in time, with an attorneys help, I cannot at this time provide this information requested, I have to track down my own legal work (notes, sick call slips, return letters ect:) phone call's (long distance and local) will have to be made, records will have to be gotten from Boone North Carolina, Winston Salem North Carolina, Baltimore Trauma Center, Bone Specialist of said and of Seaford Delaware, without help I'm sure the court understands that I alone cannot obtain such information and records, dates, times, names ect:

I also attempted to contact my brother Danny (whom allegedly has my legal work) by phone since I still have not heard from him by mail after writing him (3) three times to confirm if he even has my legal property to no avail. Apparently there is a new phone system and I can not contact "anybody" by phone.

In lite of this information I request an extenion on the time limitation and hopefully the court will understand my delima as well as Miss Tross. I appriciate understanding from both parties for I am anxious to go forward as fast as possible.

Respectfully Requested

Ricky Hamley

CC: JJF.
C.Y.R.
file

I/M Ricky Hamby
SBI# 191372   UNIT 22-06.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 SEP 2006 PM 2 T

U.S.M.S.
X-RAY

United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570