## Medical Grievance Appeal Form

This must be completed and returned to the IGC within 3 days of receipt of the Warden/Designee/MGC Decision. This form is to be returned via the Grievance Box.

Grievant: Hanesy, Ricky    SBI#: 191377    05-626 (JJF)

Housing Unit: 22-DL-1    Case#: 48663

Date: SEPTEMBER 25, 2006    Due Date: OCTOBER 2, 2006

This form is to be used Only in the event of a decision appeal. Please specify the reason for the appeal in the space below.

September 25th, 10:13 A.M., Went before the Medical Grievance with 3 female members and a Captain of the Institution. Gail – the speaker for the most part, refused to address the issues of my Medical Condition, She said I was getting all of my Medicines and ask me to sign off. I said no because I in fact was not always getting all of my medicines and gave her the same explination I was given from 2 different nurses, (That the Doctor probably ordered the same meds for other's, and until "their order came" they (nurses) would take from mine to fill their order). Also that I can't use my leg brace or Prosthetics boots because I was promised back in January and in July that I would go back to the Prosthetics Doctor & the Dermatologist by the end of July and I still have not seen either. I also stated that I saw a specialist that ordered this place pain management, only then did she say "ok, well look into it," "well done."

Ricky J Hanley
INMATE SIGNATURE

FILED
SEP 28 2006
U.S. DISTRICT OF DELAWARE

If you need additional space, attach 8.5" X 11" size sheets of paper.

## Summary of Meeting

1. Gail-Speaker, "you are Ricky Hamby (me) yes I am." Captain; "Stand back aginst the wall Hamby."

2. Gail, you have (2) two Grievance's, your stating that your not getting your medication yadda yadda yadda," I think you are, will you sign off on this Grievance? I stated <u>no</u>!

3. (Me), I stated that I was not always getting all of my medicine and that I would ask any nurse I saw to check because anytime I didn't get my meds, the nurse said "I'll bring it back" but never did, and when I would get the next nurse to check she would come back and tell me I was being marked down as receiving my meds when in fact I wasn't. I continued to ask nurses why this would be happening and 2 different nurses stated that probably the doctor ordered the same meds for a couple of weeks and untel that order was filled they would take from mine to give to others! I ask, "if thats the case" why do I get marked down as receiving them when I didn't? Nobody would answer that question with even a <u>maby</u> of why it is happening!

4. Gail- Arent you getting out next month? I said yes but, "I got cut off" Gail- We'll check on it, were done!

5. (Me), before I stepped out I stated that

I was supposed to go to my Prosthetics Doctor to get my boots and leg brace re-adjusted, the order was made and I've never been taken. "and" Scott Altman and the CMS Administrator sent me a letter stating my follow up apointments would be completed by July 31st of 2006, it wasn't!

6. Gail- again, "I'll check on it."!!!
7. (me), can I expect to get results any time soon?
8. Gail- Looking at the Captain- "Who's next"?

    It is clear to me that this committee has no intention or concern for my health or the care of and my case has purposly, time and time again delayed until after I am released in order not to have to deal with my case medically or finincally.

    It is so clear that they (CMS personal) knowingly and purposly deny my care that they are obligated to do under state and federal law, their uncareing attitude is not and can not be totorated. I'll continue with the courts, its clear the Judge care's where CMS does not.

cc:  U.S.D.C. JJF      Sincerely,
     S.A. CMS s.A.     Ricky S. Hamby

## Medical Grievance Appeal Form

This must be completed and returned to the IGC within 3 days of receipt of the Warden/Designee/MGC Decision. This form is to be returned via the Grievance Box.

Grievant: HANBY, RICKY SBI#: 191377

Housing Unit: 22-DL1 Case#: 62944

Date: SEPTEMBER 25, 2006 Due Date: OCTOBER 2, 2006

This form is to be used Only in the event of a decision appeal. Please specify the reason for the appeal in the space below.

Also refer to case # 48663

_Ricky J Hamby_
INMATE SIGNATURE

If you need additional space, attach 8.5" X 11" size sheets of paper.

I/M Ricky J Hamby
SBH# 191377   UNIT 22-04
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 SEP 2006 PM 1 L

U.S.M.S.
X-RAY

Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570