To: United States District Court
844 N. King St.
Wilmington De. 19801-3570

October 9th, 2006 4:08 p.m.

Fr: Ricky J Hamby
#191377 D.C.C.



C.A. No. 05-626-JJF
1. Re: Request for Admission
2. Motion to Depose from Erika Tross - Request for
3. Appointment of Counsel

J.J.F.

On October 5th, 2006, I received a Request for Admission, On October 8th, 2006, I also received a Motion For Leave To Depose from Erika Tross on behalf of Raphael Williams and Stanley Taylor.

With all due respect, I cannot provide any answers to either, because as all parties are aware of, I do not have access to any of my Legal Work. In order for me to accurately respond to these request from Miss Tross I will need to request an extention to the deadlines until I am released on October 27th, 2006, to where I'll be free to have access to the documentation, letters, dates, times, 'only then' will I be able to respond, therefore I request a stay of any orders until I can gain access to my legal work and have adquite time to research my work and evidence I've collected. I don't think it could be expected of me to answer these request knowing my circumstances at this time. I would very much appreciate the Courts understanding due to my situation!

Thank you.

- Motion For Appointment Of Counsel -

Again, I would like to move for a Motion For Appointment Of Counsel for this case, and especially for properly gathering documentation, (Complete Discovery) and to properly present my case.

(Smith v. Jenkins, Suggesting that the District Court "May" appointment an independent expert or obtain an openion from the doctor-doctor's who treated the plaintiff before his imprisonment) see ch 1 × 3 i.e.

The need for expert testimony is also a factor that weighs in favor of appointing Counsel to represent me, see ch 1 × 3 c 5, concerning appointment of counsel.

In light of the difficulty of my presenting my case effectively to this court and because I do not have any Attorney Training, I pray it is appropiate "and" I certinly would appreciate my motion for appointment of Counsel be granted.

Respectfully Submitted
Ricky J. Hamby

ori: U.S.D.C.
cc: Erika Tross
    M.D.
    file

I/M Ricky J Hawley
SBI# 191377   UNIT 22 04
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
11 OCT 2006 PM 3 T



(JJF) Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware
19801-3570



1980143519  C012