# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE



### CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

October 18, 2006

[New Castle County-Civil Division]

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Hamby v. Kastre, et al.*,
      **D. Del., C.A. No. 05-626-JJF**

Dear Judge Farnan:

In accordance with the scheduling order filed by this Court on June 21, 2006, reports from retained experts are due from the State Defendants by Tuesday, October 24, 2006. (D.I. 49). At present, State Defendants Stanley Taylor and Raphael Williams (the "State Defendants") have not retained any expert witnesses. The State Defendants however, do not waive, and expressly reserve, the right to call an expert witness to testify in this matter should the need arise. At such time the State Defendants will submit an expert report. Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General

EYT/vd
cc:   Ricky J. Hamby, Plaintiff