IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-626-JJF |
| DR. ALI, DR. ARAMBURO, WARDEN RAPHAEL WILLIAMS, COMMISSIONER STAN TAYLOR, DR. FISHER, and DIANE HERNANDEZ, | : |
| Defendants. | : |

**MEMORANDUM ORDER**

Pending before the Court is a letter Motion To Appoint Counsel And For Extension Of Time To Comply With Discovery Request (D.I. 59) filed by Plaintiff and a Motion For Leave To Depose Plaintiff filed by the State Defendants (D.I. 62). By Order dated June 21, 2006, the Court referred this case to the Federal Civil Panel for the appointment of counsel. Although no attorney from the panel has been able to conduct a merits review of the case, several attorneys have rejected the case due to party conflicts. As of September 19, 2006, the case was sent for review to another attorney. Because representation is still being actively pursued for Plaintiff, the Court will cancel the discovery conference set for October 31, 2006, and reschedule that conference for a later date. The Court will also grant Plaintiff an extension of time to comply with the discovery requests served on him by the State. Dates for Plaintiff's compliance will be set once the issue of his representation is

resolved and a discovery conference is rescheduled. As for the State Defendants' Motion For Leave To Depose Plaintiff, the Court will deny the Motion with leave to renew once the issue of Plaintiff's representation has been resolved.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Discovery Conference set for **Tuesday, October 31, 2006 at 12:30 p.m.** is **CANCELED**. The Discovery Conference shall be rescheduled once the issue of Plaintiff's representation is resolved.

2. Plaintiff's letter Motion To Appoint Counsel (D.I. 59-1) is **DENIED** as moot.

3. Plaintiff's letter Motion Requesting An Extension Of Time To Comply With Discovery Request (D.I. 59-2) is **GRANTED**. Dates for Plaintiff's compliance will be set once the issue of his representation is resolved and a discovery conference is rescheduled.

4. The State Defendant's Motion For Leave To Depose Plaintiff (D.I. 62) is **DENIED** with leave to renew once the issue of Plaintiff's representation has been resolved.

October 23, 2006
Date

UNITED STATES DISTRICT JUDGE