TO: United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

November 7th, 2006
12: P.M.

Fr: Ricky J Hamby #191377
C.V.O.P. P.O. Box 5003
Smyrna De. 19977
PH. # (302)-659-6100

05cv 626 JJF
FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Release Date 10-27-06

Honorable Judge Joseph J Farnan Jr.

As you are aware, my max. release date was for October 27, 2006. On this date (10-27-06), I was initially told at 3:45 a.m. that I was to be released, at approximately 10:15 a.m. I was released to go to Central Violation of Probation Building. As I further inquired to the counselor over here, that my 2 years Mandatory and my Level 4 was maxed out as of October 27th, 2006.

The other counselor (Miss Williams) checked my information out and came back to me and told me that apparently from what she knew that I was'nt credited for 6 months of time I was incarcerated!

I immediately wrote to Superior Court in a form of a Motion-Rule 61, to Judge Herley.

I'm sorry to have to inform the court of yet another delay, I do not any longer have any access to the Law Library here in this building, I must rely on my counselor (Mr. McDow) to let me make calls, get me a rule 61-"Everything"!

I was told by Miss Williams (Counselor) to find a host and I would be released on House Arrest until I get this situation straightened out. Again, I must depend on My counselor, Mr. McDow, to

give me access to the phone, i.e. we could.

I spoke to Mr. McDow on Friday 11-3-06, at approximately 4 P.M., and since it was late he promised me he would come and get me first thing Monday Morning, 11-6-06, to try and get me released a.s.a.p. to make calls to Superior Court and Federal Court and family in attempt to expidite my situation.

I have submitted 2 Request to see Mr. McDow first thing tomorrow, 11-8-06, Wednesday.

Again, I regret having being detained past my max. release date and to inform this Court of any further delay.

So far, nobody seems interested in helping me get released Immediately even though they know from the date of my Incarceration, Until Present, May 10th, 2004, to October 27, 2006, my Incarceration has expired.

It seems at this point I may have to seek additional legal steps to insure my release, and to rectify this situation.

Respectfully Submitted
Ricky Hamby

cc: U.S.D.C.
    a.h.
    file

