To: United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

November 12, 2006 10:17 A.M.

Fr: Ricky J. Hamby
#191377 CVOP- P.O. Box 5003
Smyrna DE. 19977 - Ph# (302-659-6100)

FILED
NOV 21 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Medical- Refusal to dispense prescribed Medication Nurse Lisa Mayes/ Staff
CA# 05-626-JJF / 1:05-cv-626

Honorable Judge Joseph J. Farnan Jr.

As to letter dated November 7th, 2006, my being transferred to the Central Violation Building!

On 11-4-2006, Saturday Morning at approximately 4:30 A.M. I Ricky J Hamby approached the medication window, stated my name, the nurse, Miss Lisa Mayes handed me a yellow capsule that I am not familiar with so I ask (while showing the pill to her) "what is this" its not mine! She looked at me "smugly" and stated, "take it now," I'm not playing with you! I said, but it's not what I am suppose to take, could you check it? She just looked at me with one hand on her hip but wouldn't reply. I ask again, would you please check this, Miss Mayes stated, "I'm done, goodbye." I placed it back thru the slot and left.

On 11-11-06, at approximitly 4:40 A.M. the following saturday, this nurse, Lisa Mayes looked at my chart and saw that the doctor had ordered tylenol 3 with codine and with wrinkled face stated "what the hell" why

are you getting all these pain med's? I respectfully told her, my entire right side is numb, I have permanent nerve damage throughout my right side, drop foot and severe back injury's, that's why the doctor ordered perkosets but it got changed to tylenol 3 w codine because she could'nt get approval for anything else. Officer Switsky was on one side of the medicine despense window and officer Wooten on the other about 4 feet from me to observe. Officer Wooten touched my arm as I was walking away and told me I did the right thing not to argue and both officers heard the entire conversation and wittnessed this nurse refusing to give me my medication's that are prescribed to me. I've been taking these medications for approximately (2) years and have never had a problem until now.

As myself and officer Wooten turned the corner to my housing area I ask officer to contact the Lt. he called and told me the Lt. (Cotterman) would be around shortly. At 6:17 P.M. I spoke to Lt. Cotterman, informed him of this situation and that I would appreciate him doing something about this because Nurse Maye's cannot refuse to give me my medication, I also explained to Lt Cotterman that I have legal standing in federal court pending about not getting proper medical care and that a specialest (Dr. Hershey) that Gander Hill sent me too who recommended pain management and recommended Ultram as one of my treatments and also that I needed my prosthitice Boots and

leg brace," "and" that I'm a cronic-care patient! I also informed this Lt. that nurse Maye's was very rude, disrespectful, even after she made me open my mouth after the first soma (6 of my muscel relaxer) run my fingers around my gums, lower my head and check under my tongue, accused me of "cheating on my meds", followed by refusing to give me the other (4) four medications (my other soma, two ultrams and my tylenon 3). I told her, fine, could I have your name? She stated very disrespectfully, "santa clause" Bye!. Officer Sarteky and officer Wooten observed and heard all of this, I immediately ask for a sick call slip and a Medical Grievance of which officer logged into the officers log book, page 117 on Nurse Lisa Maye's.

Right at the moment I was walking away with officer Wooten, Miss Maye's came out around from the office, looked around, looked at me and stated, "put in a sick call and start all over again, you not getting anything else from me."

At 8-25-06, Lt. Cotterman came back that Nurse Maye's still refuses and he cannot force her to give it to me!

I also spoke to Lt. Stagg the next morning and informed him of the situation. He stated to me that he will not tell nurse Maye's to give me my medications. I told all people involved, Lt. Staggs, Lt. Cotterman, Sgt. Daniella that I desperately need my medication because without consistancy of these medicines in my system, within a week I may

not be able to walk, I'll be in serious pain and my involuntary muscle spasms will be out of control, and if they are not willing to do anything then I request to have access to a law library and to the courts to be able to inform somebody before my condition gets to the point I can't stand it."

11-12-06, 5:23 A.M. I informed officer Araya about Nurse Maye's refusing to give me my medication yesterday and last night and ask who would be the Lt. on staff this morning, he told me to come out when they call medication and see if Miss Maye's (Nurse) was still refusing to give me my prescribed medicine.

At 6:49 A.M. I went out for medication call, Nurse Maye's still is refusing to give me any of my medications and that nurse Maye's told me she called Doctor Vandusa and without any other details said Doctor Vandusa had stopped all my treatment based on "her word". I requested from Miss Lisa Maye's (Nurse) "what did you say to him and why are you doing this", she just smiled and with four fingers waving said bye "Smiling".

I ask officer Rius who the Lt was and briefly explained my situation and requested to see the Lt. At 6:28 A.M. I ask Lt. Stacy if he would please tell me who is the supervisor is of Nurse Maye's, he stated ("me"), indicating himself, I said to him, (Lt.

Stagg), that 'no' she has to have a medical "supervisor" and I also requested to know who the Medical Director was and he stated he would have that information for me before he leaves his shift at 7 a.m. Officer Ruis was still present.

At 6:41 a.m. Lt. Stagg told me he understood my situation and the fact that I'm a cronic care patient and "emphasized he would make my stay here as comfortable as possible and see what he could do. He stated to me at 6:50 a.m. that he was standing with the nurse but would pass the situation on to the higher ups, but when ask "who" would be the higher up specifically, he wouldn't say!

I waited until 7:19 A.M. and I have not received any of the information from Lt. Stagg as he promised!

At 9:56 A.M. on 11-12-06, I spoke to Sgt. Daniella who I had spoke to before about my medical needs and my situation with Nurse Mayes, he said based on my information and what he understood as of this morning that Nurse Mayes had now stated when ask (wouldn't say who spoke to Miss Mayes) that she now stated that I was caught a couple of times smuggling my narcotics back to my pod! I came back and showed Sgt. Daniella my notes and I could prove it was not true and not the case at all, he ask me how, (Officer Ruis was still present), I ask him, if I was caught doing as Miss May's had said, wouldn't I have been written up? he said wasn't you? I said no sir! Sgt. Daniella, after listening to me and I finally

stated to him about my being on these medication for almost (2) years and "NEVER" having this problem before and in fact I had never been written up for it, he looked at me and "Quote" said, good point, I believe you, but unfortunately I can't do anything, you'll have to get with Capt: May monday morning and "we'll get it strightened out, I thanked him for his time and listening to me, he stated again, "I believe you," no problem, I came back to my assigned living quarters.

Last, their was a worker from the E-crew who informed me of a conversation he heared and was present and a party to - see attached signed letter.

Miss Maye's broke Confidentiality by talking to anybody other than my doctor about the medications I'm on, and it is not his job or place to stop my prescribed treatment.

As too stop this unjust cancelation "by" a Nurse (Miss Lisa Maye's) of my treatment for my condition prescribed by a licensed Physican to treat my permenant medical condition, I pray from the court, by the court for an appropiate relief, [1] resume my medication, or [2] release me to my level III so that I may seek my own medical doctor's and treatment. It is my intention to prove throu wittness'es and log book's, staff members, officers, Sgt's. and Lt.'s that Miss Maye's had (has) no just cause or proof to stop my

To whom it may Concern,

I Robert Greenley #00277487 was working on the E-crew on the west side right by the sick call entrance. Where I heard Nurse Maye's and a Inmate talking about, "that guy Hamby is on 5 narcotics and I'm not giving him anymore medication's, I don't think he or anybody else should be taking that much medication!

Robert Greenley
Dover MCI Work realease
Outside contact Mother's House 335-1676

medications and treatment based on her own belief's of what I should or should'nt be given in form of medication or any treatment, she is "not" a doctor and cannot take it upon herself to discontinue 'anybody's' treatment, and stop this pain and suffering upon myself.

        Sincerly Submitted
        Ricky J Hamby

I sware that the forgoing statement is true and correct.
    signed: Ricky J Hamby

ori: United States District Court
cc: Warden - Vince Bianco
    Deputy Warden - Hutchins
    Scott S. Altman - Delaware Ombudsman
    Director of CMS
    Commissioner Stan Taylor
    Attorney General - 820 North French St. Wilm: DE 19801
    Erika Y. Tross
    Ricky J Hamby



I/M Ricky J Hamby
SBI# 191377  UNIT 2
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE  19977-5003

Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570