| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Ricky J Hamby   1181 Paddock Road  Smyrna DE. 19977 | COURT CASE NUMBER<br>05-626 JJF |
|---|---|
| DEFENDANT<br>Doctor Fisher | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Doctor Fisher-CMS-FCM- Correctional Medical Services

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1201 College Park Drive Suite 101 Dover DE. 19904

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Doctor Fisher
1201 College Park Drive
Suite 101
Dover DE. 19904

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

First Correctional Medical Services
1575 McKee Road
Suite 201
Dover De. 19904
- Doctor Fisher -

DCC- Delaware Correctional Center
1181 Paddock Road
Smyrna De. 19977

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk<br>BF | Date<br>11-2-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service   Time   am/pm<br>11/28/6   11<br>Signature of U.S. Marshal or Deputy<br>Scar... |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Subject no longer employed by CMS. CMS refused service.

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|