To: United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware 19801-3570

November 30, 2006
05cv626 JJF



Fr: Ricky J. Hamley
#191377 38 Todd Lane
Wilmington DE. 19802
#(302) 577-3039

Re: Change of Address
Work Release / H. Arrest
Plummer Center

To: Honorable J.J.F. Jr.

This is to notify the court that my current address is as listed above, any and all mail should be forwarded to same, as per my conversation with the clerk on Monday 11-27-06 at 8:55 a.m. to notify this court in writting.

Thank You
Ricky J Hamley

cc: r.h.
file

