To: United States District Court
844 N. King Street
Wilmington Delaware 19801-3570

Dec: 12, 2006. 5. p.m.

Fr: Ricky J Hamley
#191377 38 Todds Lane
Wilm: De. 19802

05-626 (JJF)

Re: Motion To Compel

Honorable Judge Joseph Farnan Jr.

On December 10th, 2006, I received the Service of Process, Unexecuted USM 285, Returned on, Dr. Ali, Dr. Fisher and Dr. Aramburo.

At this time I would like to submitt my Motion To Compel, These defendants are all Licensed Doctors and have to be Registered.

Either the Department of Delaware Corrections, (CMS) Correctional Medical Services or the State Of Delaware Should not have any problem locating these Defendants!

Here now this day, Sunday, December 12th, 2006 pray that this Motion To Compel be granted to ensure these defendants are found and brought forth to answer to the suit brought against them, forthwith; breaking Delaware State Law and the oath they took!

ori: U.S.D.C.
cc: A.G.
E, Y. T.
r. d.
file.

Respectfully Submitted
Ricky J Hamley



FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Richard [illegible]
#191377 3S Todds Lane
Wilmington Delaware
19801

Office of The Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware 19801-35

U.S.M.S.
X-RAY

2702 55-0128410851
WILMINGTON DE 197
15 2006 PM 2 L