IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 05-626 JJF |
| DOCTOR ALI, DOCTOR ARAMBURO, WARDEN RAPHAEL WILLIAMS, COMMISSIONER STAN TAYOR, DR. FISHER, DIANE HERNANDEZ, AND ATTORNEY GENERAL OF STATE OF DELAWARE, | ) |
|         Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Stephen J. MacKenzie, Esquire, and Anna Martina Linnea Tyreus, Esquire, have agreed to represent the plaintiff Ricky J. Hamby as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: January 12, 2007

_____
United States District Judge