IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY,  )  <br>  )  <br>Plaintiff,  )  <br>  )   Civ. No. 05-626-JJF <br>v.  )  <br>  )  <br>DR. ALI, et al.,  )  <br>  )  <br>Defendants.  )  | |

## SUGGESTION OF DEATH

NOW COMES AnnaMartina L. Tyreus and Stephen J. MacKenzie, counsel for Plaintiff, Ricky J. Hamby, in the above captioned case, and, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, suggests upon the record the death of Ricky J. Hamby during the pendency of this action. Plaintiff's counsel also respectfully requests that the above captioned case be stayed for ninety (90) days or until motion for substitution is made by the personal representative of Plaintiff. A Declaration of AnnaMartina L. Tyreus in support of this Suggestion of Death is attached hereto as Exhibit A. A proposed order requesting the stay is attached as Exhibit B.

Respectfully submitted this 13th day of February, 2007.

/s/ AnnaMartina L. Tyreus
AnnaMartina L. Tyreus (4771)
Stephen K. MacKenzie (4791)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Ave.
Suite 1501
Wilmington, DE 19801

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Erika Y. Tross
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

A copy was also deposited on February 13, 2007 in 1st Class Mail to the above party.

*/s/ AnnaMartina L. Tyreus*
AnnaMartina L. Tyreus
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Ave.
Suite 1501
Wilmington, DE 19801

Dated: February 13, 2007