# EXHIBIT A

IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICKY J. HAMBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 05-626-JJF |
| v. | ) | |
| | ) | |
| DR. ALI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ANNAMARTINA L. TYREUS IN SUPPORT OF THE SUGGESTION OF DEATH

I, ANNAMARTINA L. TYREUS, hereby declare under penalty of perjury as follows:

1. I am an associate at Womble Carlyle Sandridge & Rice, PLLC, and am counsel of record for Plaintiff in the within action. The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. On Wednesday, January 31, 2007, Mr. Hamby met with myself and my co-counsel Stephen J. MacKenzie at our office in Wilmington, Delaware.

3. On Thursday, February 1, 2007, I received a telephone call from the Department of Corrections regarding the whereabouts of Mr. Hamby because he had not reported back to the Plummer Center Wednesday evening.

4. On Friday, February 2, 2007, I read in the news that a fugitive from Plummer Center was shot and killed by probation officers early Friday morning.

5.  On Saturday, February 3, 2007, the paper reported Mr. Hamby's name as the fugitive shot and killed Friday morning.

6.  My contact at the Department of Correction could not be reached for verification.

7.  I contacted Erika Tross and she confirmed Mr. Hamby's death.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __13th__ of February, 2007 in Wilmington, Delaware.

_____
AnnaMartina L. Tyreus