# EXHIBIT B

IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-626-JJF ) ) |
| DR. ALI, et al., | ) ) |
|     Defendants. | ) ) |

## PROPOSED ORDER

IT IS ORDERED that the above captioned action shall be stayed until a motion for substitution is made by the personal representative of Plaintiff;

IT IS FURTHER ORDERED that if no such motion for substitution is made by the personal representative of Plaintiff prior to ninety (90) days from the date the Suggestion of Death was filed, February 13, 2007, the action shall be dismissed as to the deceased party.

IT IS SO ORDERED,

This _____ day of February, 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE