IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY J. HAMBY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-626-JJF |
| | : |
| DR. ALI, et al., | : |
| | : |
| Defendants. | : |

### O R D E R

WHEREAS, on February 13, 2007, counsel for Plaintiff filed a Suggestion of Death (D.I. 77) pursuant to Federal Rule of Civil Procedure 25(a)(2) with respect to Plaintiff, Ricky J. Hamby;

WHEREAS, more than ninety days have elapsed since the filing of the Suggestion of Death and a motion for substitution pursuant to Rule 25(a)(1) has not been made;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED**.

May 22 2007
DATE

UNITED STATES DISTRICT JUDGE